Name and address:
HUNTON ANDREWS KURTH LLP
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Fax: 213-532-2020

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BLUETRITON BRANDS, INC.

Plaintiff(s)

v.

UNITED STATES FOREST SERVICE et al.

Defendant(s).

CASE NUMBER
2:24-cv-09720-JFW-JPR

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Mikolop, Todd S.    of    Hunton Andrews Kurth LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    2200 Pennsylvania Avenue, NW
    Washington, D.C. 20037-1701

202 • 955 • 1500
*Telephone Number*    *Fax Number*

tmikolop@HuntonAK.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
BLUETRITON BRANDS, INC.

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____

and designating as Local Counsel

Marvisi, Brandon M.    of    Hunton Andrews Kurth LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    550 South Hope Street
    Suite 2000
329798    (213) 532-2000    213-532-2020    Los Angeles, CA 90071
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

bmarvisi@HuntonAK.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
        ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
        ☐ for failure to complete Application: _____
        ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
        ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
        ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.
**Dated** _____

U.S. District Judge/U.S. Magistrate Judge