| | |
|---|---|
| Name and address:<br>HUNTON ANDREWS KURTH LLP<br>Brandon Marvisi (State Bar No. 329798)<br>bmarvisi@HuntonAK.com<br>550 South Hope Street, Suite 2000<br>Los Angeles, California 90071-2627<br>Telephone: (213) 532-2000<br>Fax: 213-532-2020 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUETRITON BRANDS, INC.<br><br>Plaintiff(s)<br>v.<br>UNITED STATES FOREST SERVICE et al.<br><br>Defendant(s). | CASE NUMBER<br>2:24-cv-09720-JFW-JPR<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Turner, Andrew J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-955-1658          202-828-3371
*Telephone Number*    *Fax Number*

aturner@HuntonAK.com
*E-Mail Address*

Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037-1701
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
BLUETRITON BRANDS, INC.

*Name(s) of Party(ies) Represented*   ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

**and designating as Local Counsel**

Marvisi, Brandon M.
*Designee's Name (Last Name, First Name & Middle Initial)*

329798          (213) 532-2000          213-532-2020
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

bmarvisi@HuntonAK.com
*E-Mail Address*

Hunton Andrews Kurth LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

U.S. District Judge/U.S. Magistrate Judge