**HUNTON ANDREWS KURTH LLP**
Brandon Marvisi (SBN 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

George P. Sibley, III (*pro hac vice* forthcoming)
gsibley@HuntonAK.com
Kevin S. Elliker (*pro hac vice* forthcoming)
951 East Byrd Street
Richmond, Virginia 2321
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218

Andrew J. Turner (*pro hac vice* forthcoming)
Todd S. Mikolop (*pro hac vice* forthcoming)
2200 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:  (202) 955-1658
Facsimile:  (202) 778-2201

Attorneys for Plaintiff
BLUETRITON BRANDS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION – LOS ANGELES

| | |
|---|---|
| BLUETRITON BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | Case No.  2:24-cv-09720-JFW-JPR<br><br>**NOTICE OF RELATED CASES**<br><br>(District Court Case No. 5:24-cv-01336) |

2:24-CV-09720-JFW-JPR

BLUETRITON BRAND, INC.'S NOTICE OF RELATED CASES

Plaintiff BlueTriton Brands, Inc., by and through counsel, in accordance with Local Rule 83-1.3, files the instant Notice of Related Cases.

BlueTriton commenced this action on August 6, 2024, in the U.S. District Court for the District of Columbia. As alleged in the Complaint, (ECF No. 1), BlueTriton challenges the United States Forest Service's July 26, 2024 Notice of Denial of Application for Use and Occupancy of National Forest Lands; Termination of Special Use Permit FCD728503 (the "Notice of Denial"). Under the Notice of Denial, BlueTriton has been compelled to halt and modify its use of facilities in the San Bernardino National Forest to access water over which the company and its predecessors-in-interest have exercised beneficial use for more than a century. BlueTriton contends that this official agency action violates the Administrative Procedure Act, 5 U.S.C. § 701, *et seq*.

On the Forest Service's motion, the U.S. District Court for the District of Columbia transferred this action to this District on October 23, 2024. (ECF No. 35.) In its transfer decision, the D.C. district court "agree[d]" with the Forest Service that this District "has a pending case that is sufficiently related" and thus supported transfer. (*Id.* at 6.) That case is *Save Our Forest Association v. Nobles ("SOFA")*, 5:24-cv-01336 (JGT-DTB) (C.D. Cal.), which involves a different group's administrative law challenge to the Forest Service's earlier grants of special use permits to BlueTriton that are similar to the permit denied and terminated by the Notice of Denial. According to the D.C. district court, "[t]hese cases share relevant facts (BlueTriton's asserted water rights and the impact of the [State Water Resources Control Board] investigation on the USFS's permitting process), one key defendant (USFS officer Nobles), and claims (whether the USFS's permit decisions vis-à-vis BlueTriton violated the APA)." (ECF No. 35 at 6.) The court further noted that "the cases here actually seek contrasting relief such that handling them in the same district may prevent conflicting decisions and promote overall judicial economy." (*Id.* at 7.)

Under Local Rule 83-1.3, the parties must "promptly file a Notice of Related Cases whenever two or more civil cases filed in this District (a) arise from the same or a closely related transaction, happening, or event; (b) call for determination of the same or substantially related or similar questions of law and fact; or (c) for other reasons would entail substantial duplication of labor if heard by different judges." L.R. 83-1.3.1.

Based on the foregoing, and in recognition of the D.C. district court's rationale for transferring this action to this District, BlueTriton submits that this action and the *SOFA* case call for determination of "substantially related or similar questions of law and fact" and otherwise "would entail substantial duplication of labor if heard by different judges." L.R. 83-1.3.1(b), (c).

Dated: November 25, 2024                    **HUNTON ANDREWS KURTH LLP**

                                            By: /s/ Brandon Marvisi
                                                Brandon Marvisi
                                                Attorneys for Plaintiff
                                                BLUETRITON BRANDS, INC.