**HUNTON ANDREWS KURTH LLP**
Brandon Marvisi (SBN 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

George P. Sibley, III (*pro hac vice* forthcoming)
gsibley@HuntonAK.com
Kevin S. Elliker (*pro hac vice* forthcoming)
951 East Byrd Street
Richmond, Virginia 2321
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218

Andrew J. Turner (*pro hac vice* forthcoming)
Todd S. Mikolop (*pro hac vice* forthcoming)
2200 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:  (202) 955-1658
Facsimile:  (202) 778-2201

Attorneys for Plaintiff
BLUETRITON BRANDS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION – LOS ANGELES**

| | |
|---|---|
| BLUETRITON BRANDS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>        Defendants. | Case No.  2:24-cv-09720-JFW-JPR<br><br>**PLAINTIFF BLUETRITON BRANDS, INC.'S NOTICE OF INTERESTED PARTIES** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

**PLEASE TAKE NOTICE** that pursuant to L.R. 7.1-1, the undersigned counsel of record for Plaintiff BlueTriton Brands, Inc., certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff BlueTriton Brands, Inc., formerly known as "Nestle Waters North America Inc.," is a privately held company. No publicly held corporation owns 10% or more of Plaintiff's stock.

2. Plaintiff's parent is BlueTriton Brands Holdings, Inc., which is a subsidiary of Triton Water Holdings, Inc., which is a subsidiary of Triton Water Intermediate, Inc. Each of these parent entities is privately held. Triton Water Intermediate, Inc., is a subsidiary of Primo Brands Corporation, which is publicly traded on the New York Stock Exchange.

Dated: November 25, 2024        HUNTON ANDREWS KURTH LLP

                                By:  /s/ Brandon Marvisi
                                     Brandon Marvisi
                                     Attorneys for Plaintiff
                                     BLUETRITON BRANDS, INC.