Hunton Andrews Kurth LLP
Brandon Marvisi (State Bar No. 329798)
bmarvisi@huntonak.com
550 South Hope Street, Ste 2000
Los Angeles, CA 90071
Telephone: 213-532-2114
Facsimile: 213-532-2020

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUETRITON BRANDS, INC.<br><br>           Plaintiff(s)<br>v.<br><br>UNITED STATES FOREST SERVICE, et al.<br><br>           Defendant(s). | CASE NUMBER<br><br>2:24-cv-09720-JFW-JPR<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Sibley, George P., III
*Applicant's Name (Last Name, First Name & Middle Initial)*
804 788 8262     804 788 8218
*Telephone Number*     *Fax Number*
gsibley@hunton.com
*E-Mail Address*

of

Hunton Andrews Kurth LLP
Riverfront Plaza – East Tower
951 East Byrd Street
Richmond, VA 23219
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

BLUETRITON BRANDS, INC.

*Name(s) of Party(ies) Represent*   ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Marvisi, Brandon M.
*Designee's Name (Last Name, First Name & Middle Initial)*
329798    213.532.2000    213.532.2020
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
bmarvisi@HuntonAK.com
*E-Mail Address*

of

Hunton Andrews Kurth LLP
550 South Hope Street, Ste 2000
Los Angeles, CA 90071
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
 ☐ for failure to pay the required fee.
 ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
 ☐ for failure to complete Application: _____
 ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
 ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
 ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.
**Dated:**

                        **U.S. District Judge/U.S. Magistrate Judge**