| Name and address: | |
|---|---|
| Hunton Andrews Kurth LLP<br>Brandon Marvisi (State Bar No. 329798)<br>bmarvisi@huntonak.com<br>550 South Hope Street, Suite 2000<br>Los Angeles, CA 90071 | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BLUETRITON BRANDS, INC.<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES FOREST SERVICE, et al.<br><br>Defendant(s), | CASE NUMBER<br><br>2:24-cv-09720-JFW-JPR | |
| | **APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE<br>*PRO HAC VICE*** | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $500 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Elliker, Kevin S.
*Applicant's Name (Last Name, First Name & Middle Initial)*          check here if federal government attorney ☐

Hunton Andrews Kurth LLP
*Firm/Agency Name*

| 951 E. Byrd Street | 804-788-8262 | |
|---|---|---|
| *Street Address* | *Telephone Number* | *Fax Number* |
| Richmond VA 23219 | kelliker@hunton.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| BLUETRITON BRANDS, INC. | ☒ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____ |
|---|---|
| | ☐ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____ |
| *Name(s) of Party(ies) Represented* | |

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| U.S. Supreme Court | 03/18/2018 | Yes |
| U. S. Court of Appeals, Second Circuit | 10/13/2023 | Yes |
| See Section IV | | |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | N/A | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

[ ]

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court.  Submission of this Application will constitute your registration (or re-registration) to use that system.  If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 12/12/2024

Kevin S. Elliker
*Applicant's Name (please type or print)*

/s/ Kevin S. Elliker
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Marvisi, Brandon M
*Designee's Name (Last Name, First Name & Middle Initial)*

Hunton Andrews Kurth LLP
*Firm/Agency Name*

550 South Hope Street
Suite 2000
*Street Address*

Los Angeles, CA 90071
*City, State, Zip Code*

213-532-2000
*Telephone Number*

213-532-2020
*Fax Number*

bmarvisi@huntonak.com
*Email Address*

329798
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated December 13, 2024

Brandon M. Marvisi
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

U.S. Court of Appeals, Fourth Circuit (May 10, 2016)  Yes

U.S. Court of Appeals, Fifth Circuit (August 7, 2018)  Yes

U.S. Court of Appeals, Sixth Circuit (August 1, 2018)  Yes

U.S. Court of Appeals, Eighth Circuit (April 3, 2023)  Yes

U.S. Court of Appeals, Ninth Circuit (November 16, 2022)  Yes

U.S. Court of Appeals, Eleventh Circuit (October 16, 2023)  Yes

U.S. Court of Appeals, DC Circuit (November 15, 2023)  Yes

U.S. District Court, Eastern District of Virginia (September 27, 2016)  Yes

U.S. District Court, Western District of Virginia (November 17, 2016)  Yes

Virginia (December 3, 2014)  Yes

District of Columbia (March 24, 2023)  Yes



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# Kevin Spencer Elliker

was duly qualified and admitted on March 24, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,*
*I have hereunto subscribed my*
*name and affixed the seal of this*
*Court at the City of*
*Washington, D.C., on December 12, 2024.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT **KEVIN SPENCER ELLIKER** IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **KEVIN SPENCER ELLIKER** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 16, 2014,** AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued December 12, 2024

DaVida M. Davis
**Director of Regulatory Compliance**