Name and address:
HUNTON ANDREWS KURTH LLP
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BLUETRITON BRANDS, INC.

Plaintiff(s)

v.

UNITED STATES FOREST SERVICE et al.

Defendant(s).

CASE NUMBER
2:24-cv-09720-JFW-JPR

(PROPOSED) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Elliker, Kevin S.                              of    Hunton Andrews Kurth LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    951 E. Byrd Street
804-788-8262                                         Richmond, VA 23219
*Telephone Number*    *Fax Number*
kelliker@Hunton.com
*E-Mail Address*                                     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
BLUETRITON BRANDS, INC.

*Name(s) of Party(ies) Represented*    ☒ *Plaintiff(s)*   ☐ *Defendant(s)*   ☐ *Other:*

**and designating as Local Counsel**

Marvisi, Brandon M.                            of    Hunton Andrews Kurth LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    550 South Hope Street
329798         (213) 532-2000      213-532-2020      Suite 2000
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*    Los Angeles, CA 90071
bmarvisi@HuntonAK.com
*E-Mail Address*                                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application: _____
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant
              is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
           ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.
**Dated** _____                                              _____

U.S. District Judge/U.S. Magistrate Judge