**HUNTON ANDREWS KURTH LLP**
Brandon Marvisi (SBN 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

George P. Sibley, III (admitted *pro hac vice*)
gsibley@HuntonAK.com
Kevin S. Elliker (*pro hac vice* forthcoming)
951 East Byrd Street
Richmond, Virginia 2321
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218

Andrew J. Turner (admitted *pro hac vice*)
Todd S. Mikolop (admitted *pro hac vice*)
2200 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:  (202) 955-1658
Facsimile:  (202) 778-2201

Attorneys for Plaintiff
BLUETRITON BRANDS, INC.

*(left margin, vertical text)* **Hunton Andrews Kurth LLP** 550 South Hope Street, Suite 2000 Los Angeles, California 90071-2627

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| BLUETRITON BRANDS, INC.,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES FOREST SERVICE, *et al*.,<br><br>       Defendants. | Case No.  2:24-cv-09720-JGB-DTB<br><br>**STIPULATION REGARDING PLAINTIFF BLUETRITON BRANDS, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |

2:24-CV-09720-JGB-DTB

**STIPULATION**

Plaintiff BlueTriton Brands, Inc. ("BlueTriton") and Defendants United States Forest Service, *et al.* ("USFS"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, on August 6, 2024, BlueTriton filed a Complaint in the United States District Court for the District of Columbia (Case No. 1:24-cv-02302) to seek judicial review of the USFS's denial of BlueTriton's application for a renewal of a special use permit that grants BlueTriton a right-of-way for a pipeline and associated infrastructure for the transport of water BlueTriton has collected for decades from Arrowhead Springs in Strawberry Canyon in the San Bernardino National Forest;

WHEREAS, on August 6, 2024, BlueTriton filed a Motion for a Preliminary Injunction (the "Motion), which was fully briefed, including the submission of two amicus briefs by non-parties.  *See* ECF Nos. 2, 15, 19, 22, 23, 26, 27, 34;

WHEREAS, in its briefing, BlueTriton noted that one category of irreparable harm involved the substantial cost of removing the existing pipeline infrastructure, which, under the terms of the USFS denial order, BlueTriton believes it may be forced to incur before this court can rule on the merits of BlueTriton's challenge;

WHEREAS, after BlueTriton filed the Motion, USFS agreed to suspend its denial order insofar as it related to deliveries of water to the San Manuel Band of Mission Indians until January 15, 2025;

WHEREAS, USFS has not yet directed BlueTriton to implement the decommissioning plan and incur the substantial cost to do so;

WHEREAS, on August 28, 2024, USFS moved to transfer the case to the United States District Court for the Central District of California, which was granted on October 23, 2024;

WHEREAS, BlueTriton has requested a further extension of the suspension of USFS's denial order;

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

1

2:24-CV-09720-JGB-DTB

STIPULATION REGARDING PLAINTIFF BLUETRITON BRANDS, INC.'S
MOTION FOR PRELIMINARY INJUNCTION

1    WHEREAS, absent an extension of the denial order and agreement by USFS to

2    forebear any order to implement the decommissioning plan before the conclusion of

3    this litigation, BlueTriton submits it will suffer irreparable harm, starting as early as

4    January 16, 2025;

5        WHEREAS, counsel for BlueTriton and counsel for Defendants have conferred

6    regarding the most efficient way to present BlueTriton's Motion to this Court and both

7    sides agree that the Court should consider the Motion on the existing briefing; and

8        WHEREAS, BlueTriton submits that supplemental briefs, not to exceed 1000

9    words filed on or before January 3, addressing any differences between D.C. Circuit

10    and Ninth Circuit authority and updating the court on developments since the close of

11    briefing in the transferee court would be useful for this Court; USFS submits that

12    supplemental briefs are unnecessary;

13        NOW, THEREFORE, the parties respectfully stipulate and request that the

14    Court consider the Motion on the existing briefing and any supplemental briefing the

15    Court may order the parties to submit and hold any hearing on the Motion no later

16    than on January 13, 2025.  No later than December 17, 2024, counsel for BlueTriton

17    will prepare and submit to the Court a courtesy copy of all briefs, including exhibits,

18    filed by any party in relation to the Motion in the transferee court in three-ring binders

19    in the format those papers were submitted to the transferee court.

20    ///

21    ///

22    ///

23    ///

24

25

26

27

28

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627

STIPULATION REGARDING PLAINTIFF BLUETRITON BRANDS, INC.'S
MOTION FOR PRELIMINARY INJUNCTION

1       IT IS SO STIPULATED.

2

3   Dated:  December 13, 2024          **HUNTON ANDREWS KURTH LLP**

4

5                        By: _____/s/ Brandon Marvisi_____

6                              Brandon Marvisi
                               Attorneys for Plaintiff

7                              BLUETRITON BRANDS, INC.

8

9   Dated:  December 13, 2024          **US DEPARTMENT OF JUSTICE**

10

11                       By: __/s/ Tyler McVeigh Alexander__

12                             Tyler McVeigh Alexander
                               Maggie Woodward

13                             Attorneys for Defendants

14                             UNITED STATES FOREST
                               SERVICE, *et al.*

15

16

17

18

19                           **<u>ATTESTATION</u>**

20      I hereby attest that each of the other signatories concurs in the filing of this

21  document.

22

23  Dated:  December 13, 2024

24                       By: _____/s/ Brandon Marvisi_____
                               Brandon Marvisi

25

26

27

28

*Hunton Andrews Kurth LLP*
*550 South Hope Street, Suite 2000*
*Los Angeles, California 90071-2627*

STIPULATION REGARDING PLAINTIFF BLUETRITON BRANDS, INC.'S
MOTION FOR PRELIMINARY INJUNCTION