1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION – RIVERSIDE

| BLUETRITON BRANDS, INC., | Case No. 2:24-cv-09720-JGB-DTB |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER REGARDING PLAINTIFF BLUETRITON BRANDS, INC.'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| UNITED STATES FOREST SERVICE, *et al.*, | |
| Defendants. | |

# **[PROPOSED] ORDER**

The Court, upon consideration of the Parties' Stipulation Regarding Plaintiff BlueTriton Brands, Inc.'s ("BlueTriton") Motion for Preliminary Injunction ("Motion"), hereby ORDERS the following:

1. No later than December 17, 2024, counsel for BlueTriton shall prepare and submit to the Court a courtesy copy of all briefs, including exhibits, filed by any party in relation to the Motion in the transferee court (ECF Nos. 2, 15, 19, 22, 23, 26, 27, 34) in three-ring binders in the format those papers were submitted to the transferee court.

2. The hearing on Plaintiff's Motion shall be held before this Court on January 13, 2025.

**IT IS SO ORDERED.**

Dated: _____

By: _____
HON. JESUS G. BERNAL