Name and address:
HUNTON ANDREWS KURTH LLP
Brandon Marvisi (State Bar No. 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BLUETRITON BRANDS, INC.

Plaintiff(s)

v.

UNITED STATES FOREST SERVICE et al.

Defendant(s).

CASE NUMBER
2:24-cv-09720-JGB-DTBx

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Elliker, Kevin S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

804-788-8262
*Telephone Number*     *Fax Number*

kelliker@Hunton.com
*E-Mail Address*

of  Hunton Andrews Kurth LLP
951 E. Byrd Street
Richmond, VA 23219

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
BLUETRITON BRANDS, INC.

*Name(s) of Party(ies) Represented*   ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*

and designating as Local Counsel

Marvisi, Brandon M.
*Designee's Name (Last Name, First Name & Middle Initial)*

329798          (213) 532-2000          213-532-2020
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

bmarvisi@HuntonAK.com
*E-Mail Address*

of  Hunton Andrews Kurth LLP
550 South Hope Street
Suite 2000
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.
☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
☐ for failure to complete Application:
☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☒ does not maintain office in District.
☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated  December 20, 2024

*U.S. District Judge*

G–64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1