Rachel S. Doughty (Cal. Bar No. 255904)
Jennifer Rae Lovko (Cal. Bar No. 208855)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: RDoughty@greenfirelaw.com
        RLovko@greenfirelaw.com
*Attorneys for Amicus Curiae Save Our Forest Association*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| BLUETRITON BRANDS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No.: 2:24-cv-09720-JGB-DTB <br><br> **[PROPOSED] ORDER ON REQUEST FOR LEAVE TO APPEAR REMOTELY BY AMICUS COUNSEL AND FOR SUPPLEMENTAL BRIEFING** <br><br> **Date:** January 13, 2025 <br> **Time:** 9:00 a.m. <br> **Judge:** Hon. Jesus G. Bernal <br> **Dept:** Riverside, Courtroom 1 <br><br> Action Filed: August 6, 2024 |

# ORDER

The Court, upon consideration of the Request for Leave to Appear Remotely by Amicus Counsel filed by *amicus curiae* SAVE OUR FOREST ASSOCIATION, INC., hereby GRANTS counsel's request (1) to appear remotely at the hearing in this matter scheduled for January 13, 2025, at 9:00 a.m., and (2) to file a supplemental brief, no later than January 8, 2025, of no more than 500 words, addressing any differences between D.C. Circuit and Ninth Circuit authority and updating the court on developments since the close of briefing.

Dated: _____

HON. JESUS G. BERNAL
United States District Court Judge