| | |
|---|---|
| 1 | SOMACH SIMMONS & DUNN |
| 2 | A Professional Corporation<br>STUART L. SOMACH, ESQ. (SBN 90959) |
| 3 | MAXIMILIAN C. BRICKER, ESQ. (SBN 350150)<br>500 Capitol Mall, Suite 1000 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 446-7979 |
| 5 | Facsimile:  (916) 446-8199<br>ssomach@somachlaw.com |
| 6 | mbricker@somachlaw.com |
| 7 | MICHAEL W. DAUGHERTY, ESQ. (Co. Bar 49074)<br>*Pro Hac Vice* Forthcoming |
| 8 | RAMSEY L. KROPF, ESQ. (Co. Bar 21528)<br>*Pro Hac Vice* Forthcoming |
| 9 | 1155 Canyon Blvd., Suite 110<br>Boulder, CO 80302 |
| 10 | Telephone: (916) 446-7979<br>Facsimile: (916) 446-8199 |
| 11 | mdaugherty@somachlaw.com<br>rkropf@somachlaw.com |
| 12 | Attorneys for [PROPOSED] Plaintiff-Intervenor |
| 13 | YUHAAVIATAM OF SAN MANUEL NATION,<br>a federally recognized Indian tribe, also federally |
| 14 | recognized as SAN MANUEL BAND OF MISSION INDIANS |

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| BLUETRITON BRANDS, INC., | Case No.: 2:24-cv-09720-JGB-DTB |
| Plaintiff, | **DECLARATION OF ALEXANDRA MCCLEARY IN SUPPORT OF MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| UNITED STATES FOREST SERVICE, | |
| RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service, | Hearing Date:  February 3, 2025<br>Hearing Time:  9:00 AM<br>Courtroom:     1<br>Judge: Hon. Jesus G. Bernal |
| CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service, | Action Filed:  August 6, 2024 |
| JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service, | |

DECLARATION OF ALEXANDRA MCCLEARY IN SUPPORT OF MOTION
TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION                -1-

| | |
|---|---|
| 1<br>2 | DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service, |
| 3<br>4 | MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U. S. Forest Service, |
| 5 | Defendants. |
| 6<br>7<br>8 | YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS, |
| 9 | [Proposed] Plaintiff-Intervenor. |

DECLARATION OF ALEXANDRA MCCLEARY IN SUPPORT OF MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION   -2-

I, ALEXANDRA MCCLEARY, declare as follows:

1. I am the Director of Cultural Resources Management for the Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe, also federally recognized as the San Manuel Band of Mission Indians (the Nation), and on whose behalf I submit this declaration. The facts set forth herein are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. I have a Bachelor of Arts in Anthropology from Barnard College, Columbia University and a Master of Arts and a Doctorate of Philosophy in Anthropology from the University of California, Berkeley. I began my employment with the Nation in August 2019 as its archeologist and assumed my role as its Director of Cultural Resources Management in April 2024. In this capacity, I supervise a staff that includes an ethnobotanist, several archaeologists, a cultural lands manager, tribal archivist, repatriation, and collections manager, and educational program manager. I oversee the Tribal Historic Preservation Office which is responsible for assuming the role of a State Historic Preservation Officer on Tribal lands. As such, I am responsible for preserving the Nation's historical records, cultural artifacts and culturally significant properties, and protecting the Nation's interests within its ancestral territory. I oversee consultations on projects within the Nation's ancestral lands that impact the Nation's cultural resources pursuant to federal and state law, including but not limited to the National Historic Preservation Act and California Environmental Quality Act. In my work, I am familiar with the scope of the Nation's ancestral territory, having familiarized myself with historical documents demonstrating where the Nation's predecessors lived prior to colonization. Arrowhead Springs and Strawberry Canyon lie within the Nation's ancestral territory and are considered culturally significant sacred sites, as defined in Executive Order 13007.

3. Citizens of the Nation are Yuhaaviatam, which is a clan, or sub-set, of a larger ethnic group most commonly known as the Serrano people. The term "Serrano" was originally employed by Spanish colonists. However, the indigenous term for Serrano people is "Maara'yam." Prior to European contact, there used to be many clans of Maara'yam (Serrano) people, all connected by language, kinship, and culture, while maintaining their own distinct political sovereignty. Yuhaaviatam clan territory lies within the San Bernadino Mountains. Yuhaaviatam translates to "People of the Pines."

4. While the Nation's traditional clan territory lies within the San Bernardino mountains, Maara'yam (Serrano) ancestral territory covered over 7.4 million acres of land, including present-day Antelope Valley on the west, southwest Mojave Desert to the north, portions of San Gabriel and San Bernadino mountains in the center, the Inland Empire to the south, and the City of Twentynine Palms to the east.

5. The Nation believes that, as the Yuhaaviatam clan of Maara'yam (Serrano), their Creator Kųktac bestowed on them the responsibility to steward all of Maara'yam (Serrano) ancestral territory.

6. In 1891, the U.S. Congress passed the Act for the Relief of the Mission Indians in the State of California (Act), leading to administrative agency action that reaffirmed the Nation as a federally recognized Indian tribe with inherent rights as a sovereign nation. The Act also led to the establishment of the San Manuel Reservation, whereby the federal government reserved 655-acres with little usable land or water just above the City of Highland. The Nation's name acknowledges their historical exposure to the Spanish Mission system and honors Maara'yam (Serrano) ancestor Santos Manuel, who led his people from the genocidal campaign that forced them from their Serrano homelands, like Arrowhead Springs, in years prior.

7. The Arrowhead Springs property is an approximately 2,000-acre property in the Waterman Canyon of San Bernadino and is located close to the San Manuel Reservation. In an effort to reclaim and steward ancestral lands, the Nation purchased Arrowhead Springs property in May 2016.

8. The Arrowhead Springs property is part of the Nation's aboriginal homelands. Indeed, the Nation's ancestors resided in an ancient village known as Apuiva't located in the vicinity of what is today known as the Arrowhead Springs property. The Arrowhead Springs property includes a portion of the hillside that features a large arrowhead-shaped natural landmark. The Nation owns the southernmost tip of the Arrowhead; the rest is owned by the United States Forest Service. The Nation is seeking a land exchange with the United States Forest Service for land that would include the remaining portion of the Arrowhead. The Nation's ancestors used the natural hot springs located throughout the Arrowhead Springs property, which were considered by them to be uniquely sacred and medicinal. The cold water flowing through the property, including Strawberry Creek, was also important to Maara'yam (Serrano) people through time, due to the dependability of this water source and its capacity to support a variety of flora and fauna.

9. The current Arrowhead Springs hotel was built in 1939. The hotel was a vacation destination for Hollywood stars and the elite in its early days. However, the Arrowhead Springs property was commissioned as a Naval Hospital during World War II. After the war concluded, the Arrowhead Springs Hotel returned to its use as a hotel. In 1962, the Arrowhead Springs property was purchased by Campus Crusade for Christ to be used as its headquarters. The Nation purchased the property from Campus Crusade for Christ in May 2016.

10. It is my professional opinion that the Arrowhead Springs property is eligible for listing on the National Historic Preservation Act's National Register of Historic Places due to its deep, enduring, and multifaceted history. Most

DECLARATION OF ALEXANDRA MCCLEARY IN SUPPORT OF MOTION
TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION        -5-

significantly, it is eligible as a Traditional Cultural Property, as it is significant to the Maara'yam (Serrano) people's beliefs, heritage, and cultural identity, and as being a place where the San Manuel community has traditionally carried out cultural and religious practices. The archaeological footprint on the property resulting from thousands of years of indigenous occupation is significant for its ability to yield important information about the history of Maara'yam (Serrano) people as well as later historical occupation. Since being developed by Anglo-European settlers including David Noble Smith in the 1860s, the property is eligible for its association with the international "health seeker" and sanitorium movement of the mid-19th to early 20th centuries. This movement is an important historical and cultural developmental theme which was driven in large part by the railroad-inspired Southern California real estate boom of the late 1880s. The current hotel and many adjacent structures built between 1939 and 1955 are closely associated with the Southern California entertainment industry and the Golden Age of Hollywood. Both the hotel's interior and exterior design embody the distinctive characteristics of Paul Revere Williams and Dorothy Draper, respectively, two widely celebrated masters of design who defined the glamorous Hollywood Regency style of the era.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of January, 2025 at San Manuel Reservation.

*Alexandra McCleary*
ALEXANDRA MCCLEARY

Director of Cultural Resources Management for the Yuhaaviatam of San Manuel Nation

DECLARATION OF ALEXANDRA MCCLEARY IN SUPPORT OF MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION                 -6-