# EXHIBIT 8



**Figure 1:** Location of Arrowhead Springs Parcels

DRAFT
for attorney-client review