1

2

3

4

# UNITED STATES DISTRICT COURT

5

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

6

## EASTERN DIVISION - RIVERSIDE

7

BLUETRITON BRANDS, INC.,

Case No.: 2:24-cv-09720-JGB-DTB

8

              Plaintiff,

**[PROPOSED] ORDER GRANTING [PROPOSED] PLAINTIFF-INTERVENOR'S MOTION TO INTERVENE**

9

    v.

10

UNITED STATES FOREST SERVICE,

Hearing Date:   February 3, 2025
Hearing Time:   9:00 AM
Courtroom:     1
Judge: Hon. Jesus G. Bernal

11

12

RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service,

Action Filed:  August 6, 2024

13

14

CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service,

15

16

JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service,

17

18

19

DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service,

20

21

MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the United States Forest Service,

22

23

              Defendants.

24

YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS,

25

26

27

    [Proposed] Plaintiff-Intervenor.

28

1                                          **ORDER**

2          Before the Court is [Proposed] Plaintiff-Intervenor's Motion to Intervene.

3    Having considered the Motion, the Court GRANTS the motion and permits the

4    Yuhaaviatam of San Manuel Nation's intervention in this matter.

5          **IT IS SO ORDERED.**

6

7    Dated: _____              _____

8                                               HON. JESUS G BERNAL
                                                United States District Court Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING [PROPOSED] PLAINTIFF-INTERVENOR'S
MOTION TO INTERVENE                                                        -2-