# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| BLUETRITON BRANDS, INC., | Case No.: 2:24-cv-09720-JGB-DTB |
| Plaintiff, | **[PROPOSED] ORDER GRANTING [PROPOSED] PLAINTIFF-INTERVENOR'S MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| UNITED STATES FOREST SERVICE, | Hearing Date:   February 3, 2025 |
| RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service, | Hearing Time:   9:00 AM<br>Courtroom:   1<br>Judge: Hon. Jesus G. Bernal |
| CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service, | Action Filed:  August 6, 2024 |
| JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service, | |
| DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service, | |
| MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the United States Forest Service, | |
| Defendants. | |
| YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS, | |
| [Proposed] Plaintiff-Intervenor. | |

**ORDER**

The Court, upon consideration of the [Proposed] Motion for Preliminary Injunction filed by Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe, also federally recognized as the San Manuel Band of Mission Indians (the "Nation"), hereby GRANTS the motion and preliminarily enjoins Defendants from (1) enforcing the Notice of Denial as related to the Nation, thereby terminating the Nation's water supply at Arrowhead Springs, and (2) moving forward with BlueTriton's removal plan until final resolution of this case.

**IT IS SO ORDERED.**


Dated: _____          _____
                                        HON. JESUS G BERNAL
                                        United States District Court Judge