# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION - RIVERSIDE

| | |
|---|---|
| BLUETRITON BRANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, <br><br> RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service, <br><br> CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service, <br><br> JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service, <br><br> DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service, <br><br> MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the United States Forest Service, <br><br> Defendants. <br><br> YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS, <br><br> [Proposed] Plaintiff-Intervenor. | Case No.: 2:24-cv-09720-JGB-DTB <br><br> **ORDER SHORTENING TIME FOR HEARING ON YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION** <br><br> Hearing Date:  February 3, 2025 <br> Hearing Time:  9:00 AM <br> Courtroom:    1 <br> Judge: Hon. Jesus G. Bernal <br><br> Action Filed:  August 6, 2024 |

# ORDER

The Court, upon consideration of the Notice and Motion to Intervene; Memorandum of Points and Authorities; and Request for Order Shortening Time filed by Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe, also federally recognized as the San Manuel Band of Mission Indians (the "Nation"), hereby GRANTS the Nation's request for an order shortening time pursuant to Local Rule 6-1 and ORDERS the following:

1. A hearing on the Nation's Motion to Intervene and the Nation's corresponding Motion for Preliminary Injunction shall be held before this Court on January 13, 2025, at 9:00 a.m.

2. The parties shall submit response briefs on or before January 10, 2025. Should either amici Save Our Forest Association or the State Water Resources Control Board wish to file a brief, they shall do so on or before January 10, 2025. The Nation shall submit a reply brief on or before January 11, 2025.

**IT IS SO ORDERED.**

Dated: January 6, 2025

HON. JESUS G BERNAL
United States District Court Judge