SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 90959)
MAXIMILIAN C. BRICKER, ESQ. (SBN 350150)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile:  (916) 446-8199
ssomach@somachlaw.com
mbricker@somachlaw.com

MICHAEL W. DAUGHERTY, ESQ. (Co. Bar 49074)
*Pro Hac Vice* Forthcoming
RAMSEY L. KROPF, ESQ. (Co. Bar 21528)
*Pro Hac Vice* Forthcoming
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

Attorneys for [PROPOSED] Plaintiff-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally
recognized as SAN MANUEL BAND OF MISSION INDIANS

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| BLUETRITON BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service, | Case No.: 2:24-cv-09720-JGB-DTB<br><br>**PLAINTIFF-INTERVENOR'S NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION; MOTION FOR ORDER SHORTENING TIME FOR HEARING[1]**<br><br>**EXPEDITED HEARING REQUESTED**<br><br>Hearing Date:   January 13, 2025 |

---

[1] Please note that the Nation's counsel's legal staff inadvertently did not file the January 3, 2025, version of this notice and motion alongside its Notice and Motion to Intervene of Yuhaaviatam of San Manuel Nation; Memorandum of Points and Authorities; Motion for Order Shortening Time for Hearing (ECF No. 64).  It is filed now in redline to reflect how it would have appeared on January 3, 2025, and to also reflect updated hearing information based on the Court's Order Shortening Time for Hearing on Yuhaaviatam of San Manuel Nation's Motion to Intervene and Motion for Preliminary Injunction (ECF No. 68).

| | |
|---|---|
| CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service, | ~~February 3, 2025~~<br>Hearing Time:   9:00 AM<br>Courtroom:       1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed:  August 6, 2024 |
| JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service, | |
| DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service, | |
| MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service, | |
| Defendants. | |
| YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS, | |
| [PROPOSED] Plaintiff-Intervenor. | |

## NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65(a) and C.D.C. Civ. LR 65-1, Plaintiff-Intervenor Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe, also federally recognized as San Manuel Band of Mission Indians (the Nation) respectfully moves this Court to preliminarily enjoin the U.S. Department of Agriculture and U.S. Forest Service (collectively, "Defendants") from enforcing the July 26, 2024 "Notice of Denial of Application for Use and Occupancy of National Forest Lands; Termination of Special Use Permit FCD728503" (Notice of Denial) ECF No. 1-1, as it pertains to the delivery of the water by Plaintiff BlueTriton Brands, Inc. to the Nation for use at Arrowhead Springs until an out-of-court solution can be reached or the Court has entered a final decision in this case. Such an injunction will preserve the status quo for water deliveries that the Nation relies on to

operate its culturally and historically significant Arrowhead Springs property and on which surrounding communities depend on to fight wildfires.  This motion is supported by the memorandum and declarations filed separately.

### MOTION FOR ORDER SHORTENING TIME FOR HEARING

While a hearing on this motion has been noticed for January 13 ~~February 3~~, 2025, due to the exigent circumstances described in the supporting memorandum, the Nation requests that the Court enter an order, pursuant to L.R. 6-1, shortening time such that a hearing on the Nation's Motion for Preliminary Injunction will be held on January 13, 2025, at 9:00 a.m., on the same date a hearing on Plaintiff BlueTriton Brands, Inc.'s Motion for Preliminary Injunction will be held.  *See* ECF No. 60.  The Nation proposes setting an expedited briefing schedule such that the deadline to file response briefs is January 8, 2025, and the deadline to file reply briefs is January 10, 2025.

Pursuant to L.R. 7-3, the Nation's counsel has conferred with counsel for Plaintiff and Defendants.  Plaintiff consents to this expedited briefing and hearing schedule; Defendants oppose it.

Respectfully submitted,

SOMACH SIMMONS & DUNN

Dated:  January ~~3~~6, 2025     By *s/ Stuart L. Somach*
Stuart L. Somach (SBN 90959)
Maximilian C. Bricker (SBN 350150)
Attorneys for [Proposed] Plaintiff-Intervenor YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS

SOMACH SIMMONS & DUNN
A Professional Corporation