SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 90959)
MAXIMILIAN C. BRICKER, ESQ. (SBN 350150)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
ssomach@somachlaw.com
mbricker@somachlaw.com

MICHAEL W. DAUGHERTY, ESQ. (Co. Bar 49074)
*Pro Hac Vice* Forthcoming
RAMSEY L. KROPF, ESQ. (Co. Bar 21528)
*Pro Hac Vice* Forthcoming
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

Attorneys for [PROPOSED] Plaintiff-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally
recognized as SAN MANUEL BAND OF MISSION INDIANS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| BLUETRITON BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service,<br><br>CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service,<br><br>JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service, | Case No.: 2:24-cv-09720-JGB-DTB<br><br>**[PROPOSED] PLAINTIFF-INTERVENOR YUHAAVIATAM OF SAN MANUEL NATION'S AMENDED NOTICE OF MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:  January 13, 2025<br>Hearing Time:  9:00 AM<br>Courtroom:  1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: August 6, 2024 |

|   |   |
|---|---|
| 1<br>2<br>3 | DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service, |
| 4<br>5 | MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service, |
| 6 | Defendants. |
| 7<br>8<br>9<br>10 | YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS,<br><br>[PROPOSED] Plaintiff-Intervenor. |

11  TO ALL PARTIES AND THEIR ATTORNEYS:

12  PLEASE TAKE NOTICE that on Monday, January 13, 2025, at 9:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 1, at the above-entitled Court, located at 3470 Twelfth Street, Riverside, California, the Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe, also federally recognized as the San Manuel Band of Mission Indians (the "Nation"), will move this Court for an order granting leave to intervene in this matter as a Plaintiff-Intervenor, pursuant to Federal Rules of Civil Procedure Rule 24(a)(2) or, alternatively, Rule 24(b), and if, granted, will move this Court for an order, pursuant to Rule 65, preliminarily enjoining Defendants from enforcing the July 26, 2024 "Notice of Denial of Application for Use and Occupancy of National Forest Lands; Termination of Special Use Permit FCD728503" (ECF No. 1-1), as it pertains to the delivery of the water by Plaintiff BlueTriton Brands, Inc. to the Nation for use at the Arrowhead Springs property.

///
///
///
///
///

SOMACH SIMMONS & DUNN
A Professional Corporation

[PROPOSED] PLAINTIFF-INTERVENOR'S AMENDED NOTICE OF MOTION TO
INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION                                -2-

This notice is filed in accordance with the Order Shortening Time for Hearing on Yuhaaviatam of San Manuel Nation's Motion to Intervene and Motion for Preliminary Injunction. *See* ECF No. 68.

Respectfully submitted,

SOMACH SIMMONS & DUNN

Dated: January 6, 2025

By *s/ Stuart L. Somach*
Stuart L. Somach (SBN 90959)
Maximilian C. Bricker (SBN 350150)
Attorneys for [Proposed] Plaintiff-Intervenor YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS