Rachel S. Doughty (Cal. Bar No. 255904)
Jennifer Rae Lovko (Cal. Bar No. 208855)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: rdoughty@greenfirelaw.com
       rlovko@greenfirelaw.com

*Attorneys for Petitioners Save Our Forest Association, Inc.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| SAVE OUR FOREST ASSOCIATION, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>U.S. FOREST SERVICE, an agency of the U.S. Department of Agriculture, and MICHAEL NOBLES, in his official capacity as Acting District Ranger for the San Bernardino National Forest,<br><br>Defendants. | Case No.: 5:24-cv-01336-JGB-DTB<br><br>**[PROPOSED] ORDER ON PLAINTIFF SAVE OUR FOREST ASSOCIATION, INC.'s MOTION TO CONSOLIDATE RELATED CASES PURSUANT TO FED. R. CIV. P. § 42(a)**<br><br>Hearing Date: February 10, 2025<br>Hearing Time: 9:00 a.m.<br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br>Action Filed: June 25, 2024 |
| BLUETRITON BRANDS, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, and MICHAEL NOBLES, in his official capacity as Acting District Ranger for the San Bernardino National Forest,<br><br>Defendants. | Case No.: 2:24-cv-09720-JGB-DTB<br><br>Action Filed: August 6, 2024<br>Assigned to: Hon. Jesus G. Bernal |

1  The Court has fully considered the Motion to Consolidate Related Cases filed by Plaintiff SAVE OUR FOREST ASSOCIATION, INC. ("SOFA") and any response and reply thereto. This Court has broad discretion in determining whether consolidation is practical. *Atlantic States Legal Foundation Inc. v. Koch Refining Co.*, 681 F. Supp 609, 615 (D. Minn. 1988). In exercising this discretion, this Court has weighed both the time and effort consolidation would save with any inconvenience or delay it would cause. *Hendrix v. Raybestos-Manhattan, Inc.*, 776 F.2d 1492, 1495 (11th Cir. 1985); *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984). See also *Kramer v. Boeing Co.*, 134 F.R.D. 256 (D. Minn. 1991).

Here, consolidation offers efficiency and convenience in these matters. A consolidated proceeding will save time and avoid unnecessary costs to all parties and this Court.

Accordingly, good cause having been shown, IT IS HEREBY ORDERED that the two actions be consolidated into one proceeding.

Dated:                                        By: _____
                                                    UNITED STATES DISTRICT COURT JUDGE