

1  Rachel S. Doughty (Cal. Bar No. 255904)
   Jennifer Rae Lovko (Cal. Bar No. 208855)
2  GREENFIRE LAW, PC
3  2478 Adeline Street, Suite A
   Berkeley, CA 94703
4  Ph/Fax: (510) 900-9502
   Email: rdoughty@greenfirelaw.com
5         rlovko@greenfirelaw.com

6  *Attorneys for Petitioners Save Our Forest Association, Inc.*

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                          EASTERN DIVISION

11 | SAVE OUR FOREST ASSOCIATION, INC. | Case No.: 5:24-cv-01336-JGB-DTB
12 |                Plaintiffs,         | **[PROPOSED] ORDER ON PLAINTIFF SAVE OUR FOREST ASSOCIATION, INC.'s MOTION FOR ORDER SHORTENING TIME**
13 |                vs.                 |
14 | U.S. FOREST SERVICE, an agency of the U.S. Department of Agriculture, and MICHAEL NOBLES, in his official capacity as Acting District Ranger for the San Bernardino National Forest, | Hearing Date: February 10, 2025
15 |                                    | Hearing Time: 9:00 a.m.
16 |                                    | Courtroom: 1
17 |                                    | Judge: Hon. Jesus G. Bernal
18 |                Defendants.         | Action Filed: June 25, 2024
19 | BLUETRITON BRANDS, INC.            | Case No.: 2:24-cv-09720-JGB-DTB
20 |                Plaintiffs,         |
21 |                vs.                 | Action Filed: August 6, 2024
22 |                                    | Assigned to: Hon. Jesus G. Bernal
23 | UNITED STATES FOREST SERVICE, an agency of the U.S. Department of Agriculture, and MICHAEL NOBLES, in his official capacity as Acting District Ranger for the San Bernardino National Forest, |
24 |                                    |
25 |                                    |
26 |                Defendants.         |

- 1 -
[PROPOSED] ORDER ON PLAINTIFF SAVE OUR FOREST ASSOCIATION, INC.'s MOTION FOR ORDER SHORTENING TIME
5:24-cv-01336-JGB-DTB / 2:24-cv-09720-JGB-DTB

1    The Court has fully considered the Motion for Order Shortening Time filed by Plaintiff
2    SAVE OUR FOREST ASSOCIATION, INC. ("SOFA") and any response and reply thereto,
3    including the Notice of Motion and Memorandum of Points and Authorities included therein.

4    Accordingly, good cause having been shown, IT IS HEREBY ORDERED that SOFA's
5    request for an order shortening time pursuant to L.R. 6-1 is hereby GRANTED, and ORDERS the
6    following:

7    1.    A hearing on the SOFA's Motion to Consolidate Related Cases shall be held before
8    this Court on January 13, 2025, at 9:00 a.m.

9    2.    The parties shall submit their briefs in response on or before January 9, 2024. SOFA
10   shall submit a reply brief on or before January 11, 2025.

12   Dated:                              By: _____
                                              UNITED STATES DISTRICT COURT JUDGE