Rachel S. Doughty (Cal. Bar No. 255904)
Jennifer Rae Lovko (Cal. Bar No. 208855)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: RDoughty@greenfirelaw.com
        RLovko@greenfirelaw.com

*Attorneys for Amicus Curiae*
*SAVE OUR FOREST ASSOCIATION, INC.*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| BLUETRITON BRANDS, INC., <br><br> Plaintiff, <br> vs. <br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No.: 2:24-cv-09720-JGB-DTB <br><br> **DECLARATION OF RACHEL DOUGHTY** <br><br> Date: January 13, 2025 <br> Time: 9:00 a.m. <br> Courtroom: 1 <br> Judge: Hon. Jesus G. Bernal <br><br> Action Filed: August 6, 2024 |

I, Rachel Doughty, do declare and state:

1. If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2. I have been following the case of BlueTriton Brands, Inc. ("**BTB**") in California's Fresno Superior Court, case no. 23CECG04292, and I am familiar with the arguments BTB is making in that case, and have in fact submitted amicus briefing to that court. BTB is seeking through its lawsuit against the State Water Resources Control Board ("**SWRCB**") a ruling that the

- 1 -
**DECLARATION OF RACHEL DOUGHTY -- 2:24-CV-09720-JGB-DTB**

1  SWRCB does not have jurisdiction over the water BTB diverts from the Headwaters Springs in

2  Strawberry Canyon ("**Springs**")—basically that the water is not surface but groundwater.

3      3.    In this case, BTB is not bottling water and has not since 2023, but is delivering

4  water to the present owner of the Arrowhead Hotel. ECF 65-10, ¶ 9.

5      4.    On January 8, 2025, I met with legal counsel for the Yuhaaviatam Clan, of the

6  Maara'yam (Serrano), sometimes called the San Manuel Band of Mission Indians

7  ("Yuhaaviatam"), successor in interest through purchase to the contract between BTB and the

8  Arrowhead Hotel. Counsel for the Yuhaaviatam stated that the Yuhaaviatam have never applied to

9  the United States Forest Service for a Special Use Permit ("**SUP**") to divert water from Strawberry

10 Canyon and that the Yuhaaviatam presently have no such SUP.

11     5.    My client and other members of the public continue to send public records requests

12 to the US Forest Service and to obtain documents in response. We have seen no evidence that BTB

13 has submitted any information explaining or supporting a basis for its rights to water in support of

14 the application for the SUP the US Forest Service denied.

15     6.    My client and other members of the public have hiked in the area of the Springs,

16 from which it is reported to me that water continues to be diverted.

18     I make this declaration under penalty of perjury under the laws of the United States of America, executed this 8th day of January, 2025, in Berkeley, California.

By:  */s/ Rachel Doughty*

        RACHEL DOUGHTY

- 2 -

DECLARATION OF RACHEL DOUGHTY -- 2:24-CV-09720-JGB-DTB