Name and address:
John H. Haney (CA SBN #299970)
Partner
Holland & Knight LLP
400 South Hope St, 8th Floor, Los Angeles, CA 90071 Phone: 213-896-2542 / Fax: 213-896-2450

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| BLUETRITON BRANDS, INC. | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:24-cv-09720-JGB-DTB |
| v. | |
| UNITED STATES FOREST SERVICE, et al. | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** |
| Defendant(s), | *PRO HAC VICE* |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Kropf, Ramsey L.
*Applicant's Name (Last Name, First Name & Middle Initial)*           check here if federal government attorney ☐

Somach Simmons & Dunn
*Firm/Agency Name*

1155 Canyon Blvd.                    303-449-2834               720-535-4921
Suite 110                            *Telephone Number*         *Fax Number*
*Street Address*

Boulder, CO 80302                    rkropf@somachlaw.com
*City, State, Zip Code*              *E-mail Address*

**I have been retained to represent the following parties:**

YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS    ☒ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:* Intervenor
                                                                                                ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:*
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Colorado | 6/5/1992 | Yes |
| Arizona | 10/23/1993 | Yes |
| Wyoming | 4/28/1995 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

> Supplement to courts admitted:
>
> U.S.D.C. District of Colorado -- 11/8/11 -- Active in good standing
> U.S. Court of Appeals for the Ninth Circuit - 10/18/2023 - Active in good standing
> Colorado Supreme Court - 6/1/2021 - Active in good standing
> U.S.D.C. Eastern District of CA - 9/30/2021 - Active in good standing (Case No. 1-20-cv-00706)
>
> No pro hac vice requests have been denied.

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated 1/9/2025

Ramsey L. Kropf
*Applicant's Name (please type or print)*

*/s/ Ramsey L. Kropf*
*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Haney, John H.

*Designee's Name (Last Name, First Name & Middle Initial)*

Holland & Knight LLP

*Firm/Agency Name*

400 South Hope Street

8th Floor

*Street Address*

Los Angeles, CA 90071

*City, State, Zip Code*

213-896-2542

*Telephone Number*

213-896-2450

*Fax Number*

John.Haney@hklaw.com

*Email Address*

299970

*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  1/9/2025

John Haney

*Designee's Name (please type or print)*

*/s/ John Haney*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**



**STATE OF COLORADO, ss:**

I, __**Cheryl Stevens**__, Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__**RAMSEY ELIZABETH KROPF**__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __**5th**__ day of __**June**__ A.D. __**1992**__ and that at the date hereof the said __**RAMSEY ELIZABETH KROPF**__ is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __**23rd**__ day of __**December**__ A.D. __**2024**__

*Cheryl Stevens*
_____
Clerk

By _____
Deputy Clerk

# CERTIFICATE OF GOOD STANDING
## ISSUED BY THE DISCIPLINARY CLERK
## FOR AND ON BEHALF OF
## THE SUPREME COURT OF ARIZONA

    The Disciplinary Clerk, pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **RAMSEY E. L. KROPF,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on October 23, 1993 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.



Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this  01-08-2025

*Kristina Tuba*
Kristina Tuba
Associate Disciplinary Clerk

COGS1449FD32997B





Mailing Address:
P.O. Box 109
Cheyenne, WY 82003

Physical Address:
4124 Laramie Street
Cheyenne, WY 82001

307.632.9061
wyomingbar.org

December 24, 2024

**Attorney: Ms. Ramsey Laursoo Kropf**

**Ms. Ramsey Laursoo Kropf** was admitted to practice by Exam in Wyoming on April 28, 1995, and is enrolled as attorney number 6-2884.

**Status: Active**

An attorney's status is defined by the Bylaws of the Wyoming State Bar. "Active" means the attorney is eligible to appear as an attorney in all Wyoming state courts and to otherwise engage in the practice of law. "Honorable" means the attorney serves as a judge. "Inactive" means the attorney has voluntarily chosen inactive status and is not currently eligible to appear as an attorney in any Wyoming court or to otherwise engage in the practice of law in Wyoming. "Disability Inactive" means the attorney is unable to practice law because of a physical, mental or emotional infirmity or illness. "Retired" or "Honorable Retired" mean the attorney or judge has voluntarily elected retired status and is no longer eligible to appear as an attorney in any Wyoming court or to engage in the practice of law. "Emeritus" means the attorney has elected to perform only pro bono legal services but not to otherwise engage in the practice of law, "Suspended" means the attorney has been suspended from the practice of law, either for nonpayment of annual license fees, noncompliance with mandatory continuing legal education requirements, or as a disciplinary sanction.

**Standing: Good Standing**

"Good Standing" means that the attorney's license fees are current, mandatory continuing legal education, if required, is current, and the attorney's right to practice is not currently suspended.

**Discipline**

Requests for a disciplinary history must be submitted to the Office of Bar Counsel.

I hereby certify that the preceding information is correct.

*Sharon Wilkinson*

Sharon Wilkinson
Executive Director