Name and address:
John H. Haney (CA SBN #299970)
Partner
Holland & Knight LLP
400 South Hope Street, 8th Floor, Los Angeles, CA 90071
Phone: 213-896-2542 / Fax: 213-896-2450

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUETRITON BRANDS, INC.<br><br>Plaintiff(s)<br>v.<br><br>UNITED STATES FOREST SERVICE, et al.<br><br>Defendant(s). | CASE NUMBER<br>2:24-cv-09720-JGB-DTB<br><br>(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Kropf, Ramsey L.    of    Somach Simmons & Dunn
*Applicant's Name (Last Name, First Name & Middle Initial)*    1155 Canyon Blvd., Suite 110
303-449-2834    720-535-4921    Boulder, CO 80302
*Telephone Number*    *Fax Number*
rkropf@somachlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized
Indian tribe, also federally recognized as SAN MANUEL BAND OF
MISSION INDIANS

*Name(s) of Party(ies) Represented*    ☒ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Intervenor

**and designating as Local Counsel**

Haney, John H.    of    Holland & Knight LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    400 South Hope Street
299970    213-896-2542    213-896-2450    8th Floor
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*    Los Angeles, CA 90071
John.Haney@hklaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

Dated _____    _____
    U.S. District Judge/U.S. Magistrate Judge