Name and address:
John H. Haney (CA SBN #299970)
Partner
Holland & Knight LLP
400 South Hope Street, 8th Floor, Los Angeles, CA 90071
Phone: 213-896-2542 / Fax: 213-896-2450

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BLUETRITON BRANDS, INC.

Plaintiff(s),

v.

UNITED STATES FOREST SERVICE, et al.

Defendant(s).

CASE NUMBER

2:24-cv-09720-JGB-DTB

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Daugherty, Michael W.
*Applicant's Name (Last Name, First Name & Middle Initial)*

303-449-2834
*Telephone Number*

720-535-4921
*Fax Number*

mdaugherty@somachlaw.com
*E-Mail Address*

of
Somach Simmons & Dunn
1155 Canyon Blvd., Suite 110
Boulder, CO 80302

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS

*Name(s) of Party(ies) Represented*

☒ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Intervenor

and designating as Local Counsel

Haney, John H.
*Designee's Name (Last Name, First Name & Middle Initial)*

299970
*Designee's Cal. Bar No.*

213-896-2542
*Telephone Number*

213-896-2450
*Fax Number*

John.Haney@hklaw.com
*E-Mail Address*

of
Holland & Knight LLP
400 South Hope Street
8th Floor
Los Angeles, CA 90071

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)    (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*    Page 1 of 1