TODD KIM
Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

TYLER M. ALEXANDER (CA 313188)
MAGGIE C. WOODWARD (MD #2212130001)
Trial Attorneys
Natural Resources Section
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044-7611

*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| BLUETRITON BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al.*,<br><br>Defendants. | 2:24-cv-09720-JGB-DTB<br><br>**DECLARATION OF DANELLE D. HARRISON** |

*BlueTriton Brands, Inc., v. U.S. Forest Service et al.* (No. 1:24-cv-02302)
Declaration of Danelle D. Harrison

I, Danelle D. Harrison, do hereby declare as follows:

**EXPERIENCE**

1. I am employed by the United States Department of Agriculture, Forest Service, ("USFS"), and have been a USFS employee since 2002. I have served as the Forest Supervisor for the San Bernardino National Forest ("Forest") in California from August 2021 to present.

2. As Forest Supervisor, I am responsible for administering uses of National Forest System lands and managing the use and protection of resources located on those lands within the Forest, including authorizations which permit the use of Forest resources. I supervise line officers and staff—USFS employees who carry out much of the details of this work on my behalf, including the authorized officer for BlueTriton's permit application, District Ranger Michael Nobles. As Forest Supervisor, I have consulted with the Yuhaaviatam of San Manuel Nation on a variety of matters and I have visited the Arrowhead Springs Hotel property during the course of those consultations. I make this declaration based on the professional knowledge and review of the records regularly maintained by the USFS and available to me in the course of official business, including USFS documentation and communication regarding the permit issued to BlueTriton Brands, Inc. ("BTB") for a water transmission pipeline (Authorization ID: FCD728503).

**WATER SOURCES AT ARROWHEAD SPRINGS**

3. As Forest Supervisor, I am familiar with the water sources available to support the Arrowhead Springs Hotel property.

4. My staff have verified that the California State Water Resources Control Board's public website lists a total of five points of diversion for groundwater on the Nation's property: G363685L001 (ERLL #5 Rowan Well),

1  G363683L001 (Well No 2. Hot Well), G363686L001 (GEO Mud Bath Well), G363684L001 (Well #4 Football Field), and G363687L001 (Well #6 Strawberry Creek Well). All points of diversion listed are under the name Arrowhead Water & Power.

5.  The Nation also has access to surface water resources on their property: East Twin Creek runs across the property, which includes the surface water expression of all the waters that flow out of Strawberry Canyon. If the San Manuel Band requires access to National Forest System lands to divert water, they have the same opportunity to apply for a permit as any other member of the public.

**PRIOR COORDINATION WITH NATION**

6.  In the course of screening BlueTriton's application for a new authorization for the company's pipeline, we informed BlueTriton that more information was needed about the uses of the pipeline, including the uses of water that BlueTriton supplies to the Nation according to their contractual relationship.  An applicant must provide information sufficient to support a decision by the Forest Service that the permit they request would be in compliance with applicable laws and the Land Management Plan for the San Bernadino National Forest.  As the applicant for the authorization, BlueTriton had this duty, not the Nation.  Still, USFS began coordinating with the Nation as early as September 19, 2023, to discuss the Nation's concerns in regards to BlueTriton's permit. In March 2024, the Nation invited Forest Service leadership to the Arrowhead Springs Hotel to tour the facility and discuss their concerns over water supply. Prior to the denial of BlueTriton's application, I offered my assistance in helping the Nation seek other water supply alternatives, but the Nation declined. On August 20, 2024, I attended a consultation meeting with six

Tribal Council members, which included Chairwoman Valbuena, the Tribal Chief of Staff and four attorneys for the Nation. The consultation meeting was centered around the Federal permitting process and NEPA requirements associated with different permits. In addition, we discussed overall watershed issues and possible opportunities to collaborate with other partners for an alternative water source.

7. After the Forest Service sent the Notice of Denial to BlueTrition, I modified the July 27 denial letter on August 2 and again on August 27 to authorize the use of the upper tunnels, 2, 3 and 8 to provide water to the Arrowhead Springs Hotel property. This modification was an effort to provide the Nation with adequate time to find a temporary or permanent solution to getting water to the property.

8. The Forest has been facilitating weekly discussion with the Nation's staff to find an alternative solution to water sources for the Nation by the January 15 deadline. On September 25, 2024, I personally met with the Nation, which included the Chairwoman and the Chief Executive Officer and General Manager of the San Bernardino Valley Municipal Water District to seek alternative options for water sources.

9. I organized a meeting on December 4, 2024, to connect the Nation with San Bernardino Valley Municipal Water District. The purpose of this meeting was to explore alternatives to support the Nation's needs for water on the property. At that meeting, the Nation's representatives told the Front Country District Ranger Michael Nobles and Spencer McCloud, Tribal Relations Specialist for the San Bernardino National Forest, that San Bernardino Valley Municipal Water District has provided both a temporary and permanent water connection to the Arrowhead Hotel property. The plan included connecting the

*BlueTriton Brands, Inc., v. U.S. Forest Service et al.* (No. 1:24-cv-02302)
Declaration of Danelle D. Harrison

Arrowhead Springs property to a temporary above the ground water pipe. This plan would provide the Arrowhead Springs property with a temporary solution until they are able to connect to municipal water. The Nation's representatives stated that they are looking into all funding options, including assistance from the Indian Health Service and U.S. Environmental Protection Agency, to cover the costs for establishing a permanent water municipal connection to the property. Spencer McCloud had previously connected the Nation with Michael Cadena, who serves at the Tribal Utilities Technician at Indian Health Services, to discuss water connection options. The Nation told the Forest Service that they met with Mr. Cadena on October 29, 2024, and the Indian Health Services was able to connect the Nation with U.S. Environmental Protection Agency for additional funding options.

10. The Forest Service has told the Nation that they are able to apply for a special use permit for use and occupancy on National Forest Service land. The Nation has not applied for any special use permit with the Forest Service for occupancy and use within Strawberry Canyon.

**BLUETRITON'S DECOMMISSIONING PLAN**

11. The Forest Service received BlueTriton Brands' decommissioning plan on October 18, 2024. Forest Service District Ranger Mike Nobles sent a confirmation to BlueTriton representative Trey Mixon that the Forest Service received the plan and a review was being conducted. Ranger Nobles made it clear to BlueTriton that the plan had not yet been approved or denied and that there will be no removal or ground disturbance until a plan was approved by the Forest. San Bernardino National Forest staff has enlisted a variety of specialists to review the plan, including a Forest Service Pacific Southwest Region engineering team, specialists from the Front Country Ranger District, and an

*BlueTriton Brands, Inc., v. U.S. Forest Service et al.* (No. 1:24-cv-02302)
Declaration of Danelle D. Harrison

archaeologist from the Forest. The first set of review has been completed with feedback received from various disciplines. Initial review of the plan shows that BlueTriton will need to provide additional information on how they will comply with other regulatory agencies, the amount of ground disturbance that will be needed, how BlueTriton plans on removing the infrastructure, and mitigation efforts following decommissioning to complete an adequate Forest Service review. The Forest Service is compiling comments on the plan and has not yet communicated them to BlueTriton. The Forest Service expects that coordinating with BlueTriton on revisions to the plan will take several months, and the Forest has committed to providing at least 30 days notice to BlueTriton and the Nation ahead of the date when removal work would be expected to commence.

12. The Forest Service has been working on a Watershed Restoration Action Plan (WRAP) for the sole purpose of rehabilitating Strawberry Canyon following the removal of the pipeline. The WRAP is aimed at improving the overall health of the watershed by addressing factors such as water quality, water quantity, sedimentation, noxious weeds/invasive plants, and biological and ecological health. The WRAP will involve working with partners who have a strong background in hydrology, biology, and botany, along with Forest Service staff. The partners will also provide support to the Forest Service to monitor overall conditions at Strawberry Canyon following the removal of the pipeline. The Forest Service aims to prevent further degradation of the ecosystem, which is why the WRAP was created to rehabilitate the environment.

The statements in this declaration are based on my personal knowledge and I can competently testify regarding them if called upon to do so. I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and

correct.

Dated: January 10, 2025

**DANELLE HARRISON**  
*Digitally signed by DANELLE HARRISON*  
*Date: 2025.01.10 11:31:05 -08'00'*

Danelle D. Harrison Forest Supervisor

San Bernardino National Forest

*BlueTriton Brands, Inc., v. U.S. Forest Service et al.* (No. 1:24-cv-02302)  
Declaration of Danelle D. Harrison