## SBNF HERITAGE RESOURCES SCREENED UNDERTAKING
(Stipulation 7.2)

INFRA Event Number: R2017051200003        Date: 07/25/2017

Project Name: Nestle

Project Leader: Robert Hawkins

Current District Name: Front Country

Former District Name: _____

Legal Location:

> Quad: San Bernardino North Sec 12 Twn 1N Rng 4W
> Quad: Harrison Mtn Sec 30, 31 Twn 2N Rng 3W
> Quad: Harrison Mtn Sec 6 Twn 1N Rng 3W

Project Description:

> Special Use Permit proposal for the reauthorization of the Nestle Waters North America (Nestlé) tunnels, wells, pipelines, and associated improvements on the San Bernardino National Forest. The Forest Supervisor, San Bernardino National Forest, is proposing to re-issue a 5 year special use permit for access to existing water improvements including horizontal wells, tunnels, and resource monitoring communication equipment. The permit would authorize the operation of the current system subject to the terms and conditions of the permit. The system is operated to collect water on a year-round basis. Water infiltrates under the influence of gravity into the collection tunnels or horizontal wells and is transported through pipes to storage tanks on private land. The permit would also authorize improvements and use with maintenance along Forest road 1N24.

Comments:

> Tribal consultation was initiated on January 23, 2016 and has been ongoing

Expiration Date: _____

Exemption Category:  Appendix D, 2.3 (f)

Screened Undertakings (Class B Undertakings): The Heritage Program Manager has determined this undertaking may be treated as a Screened Undertakings (Regional PA 2013) to have no or little potential to cause effects to historic properties if they are present in an APE. (f) Issuance, granting, or renewal of permits, easements, or right-of-way that do not authorize surface or resource disturbance and do not have the potential to affect access to or use of resources by Indians based on the nature of the undertaking or prior or current consultation with Indian tribes.

This project complies with Section 106 of the National Historic Preservation Act of 1966, as amended in accordance with provisions of the Programmatic Agreement among the U.S.D.A. Forest Service, Pacific Southwest Region (Region 5), the California State Historic Preservation Officer, the Nevada State Historic Preservation Officer, and the Advisory Council on Historic Preservation Regarding Processes for Compliance with Section 106 of the National Historic Preservation Act for Management of Historic Properties by the National Forest of the Pacific Southwest Region (Regional PA 2013).

Should any previously unrecorded cultural resources be encountered during implementation of this project, all work should immediately cease in that area and the Project Archaeologist be notified immediately. Work may resume after approval by the Project Archaeologist; provided any recommended Standard Protection Measures are implemented. Should any cultural resources become damaged in unanticipated ways by activities proposed in this project; the steps described in the Regional PA for inadvertent effects will be followed.

Should the project boundaries or activities be expanded beyond the current APE, Section 106 compliance for this project will be incomplete until additional cultural resource review is completed.

The Project Archaeologist will be kept informed of the status of various stages of the project, so that subsequent field work can proceed in a timely fashion. Monitoring of the area may occur after the project has been completed. This work will be documented in amendments to this report, as appropriate.

Recommended by:

_____      Date: _____
Archaeologist

Approved by:

DANIEL GRIJALVA
Digitally signed by DANIEL GRIJALVA
Date: 2017.07.25 18:26:39 -07'00'

Date:  07/25/2017
_____

Heritage Program Manager

I Concur:

_____      Date: _____
District Ranger

# Arrowhead Springs Permit Renewal



| | | | |
|---|---|---|---|
| **USDA** United States Department of Agriculture | Forest Service | San Bernardino National Forest Front Country Ranger District | 1209 Lytle Creek Road Lytle Creek, CA  92358 909-382-2600 #3 TDD: 1-800-735-2922 FAX: 909-887-8197 |

**File Code:** 1560; 2720
**Date:** January 23, 2016

Lynn Valbuena
Chairperson
San Manuel Band of Mission Indians
26569 Community Center Drive
Highland, CA 92346

Dear Chairperson Valbuena:

The San Bernardino National Forest is reviewing the proposed permit renewal for the Nestlé Waters North America (Nestlé) operation in Strawberry Canyon. The proposed special use permit would authorize the continued operation and maintenance of the existing system of tunnels, horizontal wells, pipelines, and access trails on the San Bernardino National Forest. The improvements are shown on the attached map submitted by Nestlé in 2015. My staff is reviewing existing resource information that we have on file, and I will be requesting additional information from Nestlé about the effects of the permitted activities on cultural resources.

The Forest Service will independently review the information that Nestle provides and use that information to develop resource protection measures that will be incorporated into any new special use permit that is issued. Those resource protection measures will be included in the Forest Service project proposal that will be used to initiate public scoping for the National Environmental Policy Act (NEPA) review of the project. I anticipate that public scoping will start later this spring or early summer.

The Forest Service is committed to Government-to-Government consultation on agency policies and programs which may affect or be of great interest to federally recognized Indian Tribes. Although our staffs have been informally discussing the proposed project, I am inviting the San Manuel Band of Mission Indians to participate in the environmental review though the Government-to-Government consultation process. I would be glad to meet with you or your staff to discuss the proposed project and its possible effects to issues of tribal concern.

Please contact me (909- 382-2860, or chill01@fs.fed.us), or Bill Sapp, Forest Tribal Liaison (909-382-2658, or billsapp@fs.fed.us) if you have any questions, or if you would like to initiate consultation on this project.

Sincerely,

CHRISTINE A. HILL
District Ranger

cc: Daniel McCarthy, dmccarthy@sanmanuel-nsn.gov

Enclosure (1)




Caring for the Land and Serving People          Printed on Recycled Paper