Rachel S. Doughty (Cal. Bar No. 255904)
Jennifer Rae Lovko (Cal. Bar No. 208855)
GREENFIRE LAW, PC
2478 Adeline Street, Suite A
Berkeley, CA 94703
Ph/Fax: (510) 900-9502
Email: RDoughty@greenfirelaw.com
        RLovko@greenfirelaw.com

*Attorneys for Amicus Curiae*
*SAVE OUR FOREST ASSOCIATION, INC.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| BLUETRITON BRANDS, INC., | Case No.: 2:24-cv-09720-JGB-DTB |
| Plaintiff, | **DECLARATION OF RACHEL DOUGHTY** |
| vs. | |
| UNITED STATES FOREST SERVICE, *et al.*, | Date:  January 13, 2025 |
| | Time: 9:00 a.m. |
| | Courtroom: 1 |
| Defendants. | Judge: Hon. Jesus G. Bernal |
| | Action Filed: August 6, 2024 |

I, Rachel Doughty, do declare and state:

1.      If sworn as a witness, I could and would testify to my personal knowledge of the facts set forth herein.

2.      I am presently counsel for Save Our Forest Association, Inc. ("**SOFA**"), which has sued the United States Forest Service ("**USFS**") in the Central District of California, Eastern Division, case no. 5:24-cv-01336-JGB-DTB, filed June 25, 2024. This case seeks an order that the Forest Service must vacate Special Use Permit FCD728503 ("**2023 SUP**"), enjoining the USFS

**- 1 -**

**DECLARATION OF RACHEL DOUGHTY -- 2:24-CV-09720-JGB-DTB**

from approving or allowing any third party to divert water from Strawberry Canyon by entry onto USFS land unless and until the USFS has performed a new or supplemental environmental analysis, and ordering the USFS to ensure that the diversion structures in Strawberry Canyon are removed and the ecosystem is restored. The 2023 SUP has expired and the USFS has declined the application of BTB for a new SUP.

3.      In addition to my present representation of SOFA, I represented The Story of Stuff Project ("**The Project**") in prior litigation and administrative proceedings regarding BTB's diversion of water from Strawberry Canyon since 2015. On behalf of SOFA, Courage Campaign, and The Project I have submitted dozens of FOIA and PRA requests to various agencies, and reviewed the responses to similar requests of allies of my clients, seeking documents to determine why Strawberry Canyon has been dewatered and the extent of the resultant harm.  I have also reviewed all of the documents admitted as evidence in the SWRCB's hearing regarding BTB's water rights in Strawberry Canyon.

4.      In addition to SOFA and the Project, Courage Campaign, Sierra Club, the Audubon Society, League of Women Voters San Bernardino Area, Southern California Native Freshwater Fauna Working Group, Ekō, the Center for Biological Diversity, Tri County Conservation League, as well as thousands of individuals have all contributed time, money, and human resources to the effort to stop the diversion of water from Strawberry Canyon and restore the natural resources of this public land in the San Bernardino National Forest.

5.      Media attention to the matter has also been considerable and sustained, reflecting the intense public interest in the matter. Award winning environmental journalist Ian James of the

**DECLARATION OF RACHEL DOUGHTY -- 2:24-CV-09720-JGB-DTB**

Los Angeles Times, for instance, has written multiple stories about BTB and its predecessors' water diversions in Strawberry Canyon.[1]

6.      The Hotel Property had previously been owned by Campus Crusade for Christ. BTB, by contract, has delivered some portion of the water it diverts to the Hotel Property since around 1931, including now to the present owners, the Yuhaaviatam. It is my understanding that BTB is not bottling any of the water it diverts and has not done so since 2023, but is delivering water to the present owner of the Arrowhead Hotel. *See* 65-10, ¶ 9. The USFS has never issued a diversion SUP to any owner of the Arrowhead Hotel.

7.      In January 2010 Campus Crusade for Christ successfully sought annexation of the Hotel Property to the City of San Bernardino. I've attached as **Exhibit 1** a true and correct copy of the Local Agency Formation Commission County of San Bernardino ("**LAFCO**") Resolution No. 3088 annexing  the Hotel Property to the City of San Bernardino. The annexation included the area of the Arrowhead Springs Specific Plan ("**ASSP**"), which "anticipates a total of 1,350 residential dwelling units, 600 hotel rooms, a golf course and 1,044,646 gross square feet of commercial space." See **Exhibit 2**, a true and correct copy of the October 10, 2006, LAFCO 3053 Staff Report, at page 15. The Fiscal Impact Report for the ASSP identified the Del Rosa Mutual Water Company as the source of water for the domestic water needed for the ASSP, which staff found sufficient to supply 1,350 dwelling units, two major hotels, and significant commercial/office space." (Exhibit 2, pp. 15-16.) The LAFCO 3053 Staff Report suggests that two shares are needed for each equivalent drinking unit and that Campus Crusade for Christ owned 3,729 of these shares and the City of San Bernardino Municipal Water Department held 582 of these shares. (Exhibit 2, p. 16.) Irrigation for the ASSP would be provided by the West Twin Creek Water Company, 443

---

[1] The latest as of the date of this declaration is available here: https://www.latimes.com/environment/story/2024-08-07/arrowhead-bottled-water-permit (last accessed Aug. 10, 2024).

**DECLARATION OF RACHEL DOUGHTY -- 2:24-CV-09720-JGB-DTB**

1   shares of which were owned by Campus Crusade for Christ. (Exhibit 2, p. 17.) The LAFCO

2   documents were obtained by SOFA in a request made to the San Bernardino Municipal Water

3   District ("**SBMWD**"). I was cc'd on the Public Records Act correspondence, and so know it to be

4   authentic.

5         8.      The Yuhaaviatam Clan, of the Maara'yam (Serrano), sometimes called the San

6   Manuel Band of Mission Indians ("**Nation**") purchased the historic Arrowhead Hotel property

7   ("**Hotel Property**") with its entitlements in 2016; it had been offered for $60 million. The Nation

8   own the Arrowhead Hotel in fee simple; the property is not reservation land.

9         9.      The Nation also acquired the Campus Crusade for Christ's shares in the Del Rosa

10  Mutual Water Company in 2016 and the remaining Del Rosa Mutual Water Company shares in

11  2019 from the City, making the Nation the sole owners of the company. Del Rosa Mutual Water

12  Company's wells produced 1,900 acre feet in 2019. The information in this paragraph was drawn

13  from **Exhibit 3**, a true and correct copy of the January 25, 2019, article *San Bernardino Sells its*

14  *Sahre of Historic Del Rosa Mutual H2O Co. for Less than $2,300*, available at

15  https://sbcsentinel.com/2019/01/sb-sells-it-share-of-historic-del-rosa-mutual-h2o-co-for-less-than-

16  2300/ (last accessed Jan. 10, 2025).

17        10.     I have attached hereto as **Exhibit 4**, The Project's closing brief in the administrative

18  proceeding resulting in the SWRCB Order.[2]

19        11.     I have attached hereto as **Exhibit 5** the testimony of Gregory Allord, formerly of

20  the United States Geological Service, along with qualifications, **Exhibit 6**, and slides, **Exhibit 7**.

21

22

23

24  [2] Exhibits referenced in the exhibits attached to this declaration which are from the hearing on the SWRCB Order are available on the SWRCB's website.

DECLARATION OF RACHEL DOUGHTY -- 2:24-CV-09720-JGB-DTB

1   12.   I have attached hereto as **Exhibit 8**, a true and complete copy of special use permit

2   no. FCD728503, issued to BTB in February 2023, and which expired on August 24, 2023. I

3   obtained this through a FOIA request to the USFS.

4   13.   I have attached hereto as **Exhibit 9**, a true and correct copy of excerpts of the Land

5   and Resource Management Plan for the San Bernardino National Forest. I obtained this from the

6   USFS website.

7   14.   I have attached hereto as **Exhibit 10**, a true and correct copy of excerpts of Forest

8   Service Handbook 2509.22. I obtained this from the USFS website.

9   15.   I have attached hereto as **Exhibit 11**, a true and correct copy of the July 27, 2018,

10   Decision Memo of the USFS authorizing Nestlé to occupy a portion of the SBNF with its

11   diversion equipment. I obtained this from the USFS website.

12   16.   On September 29, 2023, the Forest Service sent a letter to BTB requesting

13   information and a plan for how BTB was going to comply with state law in light of the State's

14   ruling on the draft 2021 Cease and Desist Order for unauthorized diversion or use of water. A true

15   and correct copy of this letter, obtained by FOIA from the USFS, is attached hereto as **Exhibit 12.**

16   17.   On November 20, 2023, the Forest Service reiterated its request for information,

17   having provided BTB additional time to respond. A true and correct copy of this letter, obtained by

18   FOIA from the USFS, is attached hereto as **Exhibit 13**

19   18.   In reviewing BTB's application for a renewal of its SUP, on March 1, 2024, the

20   Forest Service sent a letter to BTB identifying certain information that was missing and that the

21   Forest Service required to make its determination. A true and correct copy of this letter, obtained

22   by FOIA from the USFS, is attached hereto as **Exhibit 14.** After receiving a response from BTB,

23   the Forest Service, on March 25, 2024, repeated its requests for information that had not been

24

**DECLARATION OF RACHEL DOUGHTY -- 2:24-CV-09720-JGB-DTB**

provided, and specified further information that was required. A true and correct copy of this letter, obtained by FOIA from the USFS, is attached hereto as **Exhibit 15.** Despite these clarifications, BTB again failed to provide the requested information, and on April 18, 2024, the Forest Service once again set forth the information that was missing, the information that was requested, and again asked BTB to comply. A true and correct copy of this letter, obtained by FOIA from the USFS, is attached hereto as **Exhibit 16.** BTB once again failed to provide the requested information, and on April 24, 2024, the Forest Service sent yet another letter specifying what information it required to process the application. A true and correct copy of this letter, obtained by FOIA from the USFS, is attached hereto as **Exhibit 17.** BTB provided some information on May 14, 2024, but on May 4, 2024, the Forest Service explained that the information BTB had provided to date was insufficient, and the it still required the requested information. A true and correct copy of this letter, obtained by FOIA from the USFS, is attached hereto as **Exhibit 18**. BTB once again fell short, and on June 21, 2024, the Forest Service provided BTB yet another opportunity to provide the requested information. A true and correct copy of this letter, obtained by FOIA from the USFS, is attached hereto as **Exhibit 19.** After four months of trying to obtain the required information from BTB, and after six different letters explaining exactly what it was asking for, the Forest Service notified BTB that it was terminating the permit. A true and correct copy of this correspondence, obtained by FOIA from the USFS, is attached hereto as **Exhibit 20**.

19.    In May 2024, BTB sent a letter in response to the USFS, of a sort, a true and correct copy of which is attached hereto as **Exhibit 22**, and which was also obtained by FOIA from the USFS.

**DECLARATION OF RACHEL DOUGHTY -- 2:24-CV-09720-JGB-DTB**

20.     A true and correct copy of the article *Arrowhead bottler: Most water piped from national forest is returned to ground or supplied to tribe,* Desert Sun (Oct. 14, 2021), obtained by me from the internet and last accessed on January 10, 2025, at https://www.desertsun.com/story/news/environment/2021/10/14/arrowhead-bottler-most-water-we-pipe-forest-returned-given-tribe/5892778001/#:~:text=Facing%20criticism%20for%20wasting%20water,to%20a%20Native%20American%20tribe is attached hereto as **Exhibit 21**.

21.     Although my firm and my clients have reached out to the Nation since at least 2018, we had never until recently gotten a response. The Nation did not participate in the SWRCB's proceedings, although they were aware of the proceedings and did correspond with the Hearing Officer regarding matters such as access to the Hotel Property. On January 8, 2025, I met with legal counsel for the Nation for the first time. Counsel for the Nation stated that the Nation has never applied to the USFS for a SUP to divert water from Strawberry Canyon and confirmed that the Nation presently has no such SUP.

22.     My client and other members of the public continue to send public records requests to the US Forest Service and to obtain documents in response. We have seen no evidence that BTB has submitted any information explaining or supporting a basis for its rights to water in support of the application for the SUP the US Forest Service denied.

23.     My client and other members of the public have hiked in the area of the Springs, from which it is reported to me that water continues to be diverted.

I make this declaration under penalty of perjury under the laws of the United States of America, executed this 10th day of January, 2025, in Berkeley, California.

**DECLARATION OF RACHEL DOUGHTY -- 2:24-CV-09720-JGB-DTB**

By:    */s/ Rachel Doughty*

**RACHEL DOUGHTY**

**DECLARATION OF RACHEL DOUGHTY -- 2:24-CV-09720-JGB-DTB**