# Exhibit 9
# to Declaration of Rachel Doughty



United States Department of Agriculture

**Forest Service**

Pacific Southwest Region

R5-MB-075

September 2005



# Land Management Plan

## Part 1 Southern California National Forests Vision

**Angeles National Forest**

**Cleveland National Forest**

**Los Padres National Forest**

**San Bernardino National Forest**



**Part 1 Southern California National Forests Vision**  September 2005

### Watershed Function

**Goal 5.1 - Improve watershed conditions through cooperative management.**

The national forests generally provide the headwaters and primary source areas for most of the major river systems in southern California. Streams and rivers offer habitat to numerous aquatic and riparian dependent species-at-risk found on all of the national forests; in addition to providing water for municipal, commercial and agricultural uses off of the national forests. Watershed conditions, or watershed health, on the national forests vary depending upon the amount of disturbance that has occurred within each watershed, and the effect of the disturbance on the natural integrity of the watershed as a whole.

Each of the 88 watersheds on the southern California national forests have been analyzed and have been assigned a watershed condition rating. These ratings were based on quantitative indicators about hydrology, soils, and geology, and professional judgment indicators such as floodplain connectivity, water quality and quantity, riparian vegetation, channel stability and aquatic integrity. Almost half (48 percent) of the watersheds received a good condition rating; 38 percent were rated in moderate condition; and 13 percent were given a low or poor rating. Those watersheds with a condition rating of poor, frequently contain only a small amount of National Forest System land relative to the total watershed acreage. Most of the conditions leading to the poor ratings were associated with high road densities, agriculture, and urban developments within the floodplains located outside of national forest boundaries.



Sespe River watershed, Los Padres NF

Geologic resources and geologic hazards constitute the physical foundation materials and characteristics, and primary earth processes that influence watershed condition and ecosystem health. Geologic resources include rock formations and mineral occurrences, fossils, cave and groundwater resources, geologic special interest areas, and rock and soil construction materials (mining and energy minerals are covered elsewhere). Geologic formations influence patterns of vegetation, as well as plant and animal habitats across highly variable landscapes.

Geologic hazards include landslides, seismic activity, subsidence, flooding, toxic minerals and mine drainage, and cliff erosion. Geologic hazards are the more violent or toxic forms of geologic processes that can cause great risk to human health and safety, and to other resources.

**September 2005**                                    Part 1 Southern California National Forests Vision

They can also cause costly repairs, environmental effects, and inconveniences to communities, businesses, travel corridors, and other resources. The potential for creating or exacerbating geologic hazards and risks can be affected by many different activities. Some of these include wildland fire, encroaching urbanization, increasing recreation uses, and disturbance from land management activities such as construction, reconstruction, operation or maintenance of roads and trails, mines, energy mineral developments, dams, reservoirs and tunnels.

The desired condition is that national forest watersheds are healthy, dynamic and resilient, and are capable of responding to natural and human caused disturbances while maintaining the integrity of their biological and physical processes.

Watersheds, streams, groundwater recharge areas, springs, wetlands and aquifers are managed to assure the sustainability of high quantity and quality water. Where new or re-authorized water extraction or diversion is allowed, those facilities should be located to avoid long-term adverse impacts to national forest water and riparian resources. The Forest Service has acquired and maintains water rights where necessary to support resource management and healthy forest conditions. Forest management activities are planned and implemented in a manner that minimizes the risk to forest ecosystems from hazardous materials.

Additional desired conditions are that geologic resources are managed to protect, preserve and interpret unique resources and values, and to improve management of activities that affect watershed condition and ecosystem health. Geologic hazards are identified, analyzed and managed to reduce risks and impacts where there is a threat to human life, natural resources, or financial investment.

**Outcome Evaluation Questions:** Is the national forest making progress toward sustaining Class 1 watershed conditions while reducing the number of Condition Class 2 and 3 watersheds?

Is the national forest making progress towards identifying geologic hazards and reducing risks? (See implementation and effectiveness monitoring in Appendix C of Part 3.)



United States Department of Agriculture

**Forest Service**

Pacific Southwest Region

R5-MB-080

September 2005



# Land Management Plan

## Part 3 Design Criteria for the Southern California National Forests

**Angeles National Forest**

**Cleveland National Forest**

**Los Padres National Forest**

**San Bernardino National Forest**



**S43:** Do not approve new commercial mineral material operations that are likely to negatively affect occupied or critical habitat for federally listed threatened and endangered species, or occupied habitat for proposed, candidate or sensitive species.

**S44:** Perform surface use determinations for proposed locatable mining operations that are likely to cause significant surface disturbance to threatened, endangered, proposed, candidate and sensitive species habitat, and require measures to protect these species and their habitats.

### Soil, Water, Riparian and Heritage Standards

#### When Implementing All Activities

**S45:** All construction, reconstruction, operation and maintenance of tunnels on National Forest System lands shall use practices that minimize adverse effects on groundwater aquifers and their surface expressions.

**S46:** Surface water diversions and groundwater extractions, including wells and spring developments will only be authorized when it is demonstrated by the user, and/or agreed to by the Forest Service, that the water extracted is excess to the current and reasonably foreseeable future needs of forest resources.

- Consideration of beneficial uses, existing water rights, and the absence of other available water sources will be part of the water extraction application.

- Approved extractions and diversions will provide for long-term protection and reasonable use of surface water and groundwater resources.

- Feasibility and sustainability assessments should be appropriately scaled to the magnitude of the extraction or diversion proposed.



This riparian area is within a grazing allotment (Los Padres NF).

**Applicable Within Riparian Conservation Areas**

**S47:** When designing new projects in riparian areas, apply the Five-Step Project Screening Process for Riparian Conservation Areas as described in Appendix E - Five-Step Project Screening Process for Riparian Conservation Areas.

**S48:** For non-hydroelectric and exempt hydroelectric surface water development proposals (such as flood control reservoirs and municipal water supplies), instream flows favorable to the maintenance and restoration of riparian dependent and aquatic resources and channel conditions will be required.

**S49:** Require fish passage instream flows associated with dams and impoundments where fish passage will enhance or restore native or selected nonnative fish distribution and not cause adverse effects to other native species.

**When Implementing Recreation Activities**

**S50:**  Mitigate negative long-term impacts from recreation use to soil, watershed, riparian or heritage resources (refer to Appendix D - Adaptive Mitigation for Recreation Uses).

**When Implementing Livestock Grazing Activities**

**S51:** Allotment specific review of rangeland capability and suitability guidelines (Appendix J - Livestock Capability and Suitability Guidelines) shall occur as part of a site-specific allotment or livestock grazing area level National Environmental Policy Act (NEPA) analysis. Permits will not be issued for livestock grazing areas determined to be not suitable or have insufficient grazing areas for sustaining a livestock operation.

**S52:** Soil Cover: Maintain an effective soil cover of 60 percent to provide for soil protection, water infiltration, and reduce the risk of accelerated soil erosion within designated livestock grazing areas. Soil cover includes: living vegetation (grasses, forbs, and prostrate plants); plant litter; and surface rock fragments greater than 3/4 inch.

**S53:** Salt and Mineral Locations: Salt and/or other supplements will be located greater than ¼ mile from all water sources including: ponds; riparian areas; meadows; springs; seeps; vernal pools; susceptible threatened, endangered, proposed, candidate and sensitive species and habitats; livestock and wildlife water developments; concentrated and developed recreation areas; and other sensitive areas including sensitive heritage resources, unless approved by the responsible Forest Service officer.



Monitoring a grazing allotment (Los Padres NF).

**S54:** Burned Areas: After a wildland fire, prior to initiating grazing, a site-specific analysis will be performed for designated livestock areas to determine the level and location(s) of livestock use, if any.

**S55:** Evaluate new proposals for concentrated stock areas (e.g., livestock handling and management facilities, pack stations, equestrian campgrounds, and corrals) located within five miles of occupied southwestern willow flycatcher and least Bell's vireo habitats. Apply broad