# Exhibit 3
# to Declaration of Hugh Bialecki

### San Bernadino Valley Municipal Water District - Western Municipal Water District
### Production Data By Owner

| Recordation Number | State Well Number | Local Designation | Statement Received | 2023 Use (AF) |
|---|---|---|---|---|
| **ARROWHEAD DRINKING WATER COMPANY** | | | | |
| **STRAWBERRY BASIN** | | | | |
| 3600476 | 02N/03W-30L01S | SPRING 1 | 3/7/2024 | 48 |
| 3600477 | 02N/03W-30L03S | SPRING 2 | 3/7/2024 | 81 |
| 3600478 | 02N/03W-30L04S | SPRING 3 | 3/7/2024 | 65 |
| 3600480 | 02N/03W-30R01S | SPRING 7A | 3/7/2024 | 12 |
| 3600481 | 02N/03W-30Q02S | SPRING 7B | 3/7/2024 | 20 |
| 3600482 | 02N/03W-30L02S | SPRING 8 | 3/7/2024 | 49 |
| 3601986 | 02N/03W-30Q03S | SPRING 7C | 3/7/2024 | 0 |
| 3602800 | 02N/03W-31G02S | SPRING 10 | 3/7/2024 | 12 |
| 3602856 | 02N/03W-31G01S | SPRING #12 | 3/7/2024 | 4 |
| 3602857 | 02N/03W-30J01S | #7 | 3/7/2024 | 28 |
| 3602894 | 02N/03W-31G | #11 | 3/7/2024 | 0 |
| **TOTALS FOR ARROWHEAD DRINKING WATER COMPANY** | | | | **319** |

Case 2:24-cv-09720-JGB-DTB   Document 85-3   Filed 01/10/25   Page 2 of 2   Page ID #:1443