SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 90959)
MAXIMILIAN C. BRICKER, ESQ. (SBN 350150)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile:  (916) 446-8199
ssomach@somachlaw.com
mbricker@somachlaw.com

MICHAEL W. DAUGHERTY, ESQ. (Co. Bar 49074)
*Pro Hac Vice* Pending
RAMSEY L. KROPF, ESQ. (Co. Bar 21528)
*Pro Hac Vice* Pending
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

Attorneys for [PROPOSED] Plaintiff-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally
recognized as SAN MANUEL BAND OF MISSION INDIANS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| BLUETRITON BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service,<br><br>CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service, | Case No.: 2:24-cv-09720-JGB-DTB<br><br>**DECLARATION OF KEITH ALEXANDER IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date: January 13, 2025<br>Hearing Time: 9:00 AM<br>Courtroom: 1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: August 6, 2024 |

| | |
|---|---|
| 1 | JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service, |
| 2 | |
| 3 | |
| 4 | DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service, |
| 5 | |
| 6 | MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service, |
| 7 | |
| 8 | Defendants. |
| 9 | YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS, |
| 10 | |
| 11 | |
| 12 | [PROPOSED] Plaintiff-Intervenor. |

ALEXANDER DECL. IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION    -2-

I, Keith Alexander, declare as follows:

1. I am the Fire Chief for the Yuhaaviatam of San Manuel Nation, a federally recognized tribe also recognized as the San Manuel Band of Mission Indians (the Nation).  In my capacity as Fire Chief, I oversee the operation of the San Manuel Fire Department, which provides emergency and non-emergency services both on and off the San Manuel Reservation.  The facts set forth herein are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. I have worked in the fire service for 37 years, serving my first 15 years with the California Department of Forestry and Fire Protection (Cal Fire).  Thereafter, I joined the Nation to serve in the San Manuel Fire Department.  I have worked for the San Manuel Fire Department for the past 23 years, and as its Fire Chief since 2022.

3. I am keenly aware of the fire risks on and around the Nation's lands, including at its Arrowhead Springs property (Arrowhead Springs), which abuts the San Bernadino National Forest ("SBNF" or "Forest") on three sides, and which secures water from the Forest's Strawberry Canyon through infrastructure operated by a private company, BlueTriton Brands, Inc. (BlueTriton).  I also have knowledge of the Nation's need for the water delivered by BlueTriton, not only for governmental and cultural purposes at Arrowhead Springs, but to combat wildfire on and around the property.

4. The Nation collaborates with other fire service agencies (local, regional, state, and federal) to protect people and property from fire and possesses mutual aid agreements with numerous agencies.  These agencies rely upon the water delivered to Arrowhead Springs through BlueTriton's infrastructure to combat fire at and around Arrowhead Springs.  If the U.S. Forest Service (USFS) is allowed to shut off all water deliveries from BlueTriton to the Nation's Arrowhead Springs property, the Nation and entire surrounding community will be in grave

peril. At the risk of stating what should be obvious, water is essential to extinguishing fire, and the lack of water at Arrowhead Springs will leave the San Manuel Fire Department, and other fire service agencies that also depend on that water, without an ability to combat fire at Arrowhead Springs and in surrounding communities.

5. The problem of not having sufficient water to combat fire is not theoretical but real, as we are seeing in connection with the ongoing efforts to extinguish the fires in and around Los Angeles. Attached hereto as **Exhibit 22** is a true and correct copy of a news article about the lack of water to combat the Pacific Palisades fire. Due to a lack of water to combat the Eaton Fire in and around Pasadena and Altadena, the San Manuel Fire Department sent a water tender and personnel to help fight that fire. Whatever the actual reason for the lack of water in these areas, the risks associated with having insufficient water to combat fire cannot be overstated, as it hampers firefighters' ability to extinguish fire that threatens not only property, but people's lives.

6. I am aware that the USFS has taken the position in its legal papers that there is no real fire risk at and around the Nation's Arrowhead Springs property because there has been no significant fire there for five years. In reality, the fact that there has been no fire for five years at Arrowhead Springs only means the risk of fire is greater, since vegetation has grown during this period, and that vegetation constitutes fuel for wildfire. Given this condition, combined with the lack of any measurable rainfall and current weather conditions, including the Santa Ana winds, the risk of fire on and around Arrowhead Springs is as great as ever.

7. Past fires at Arrowhead Springs have historically emanated from the SBNF, which has experienced well over 40 significant fires in the past 20 years. Nearby Waterman Canyon poses particularly high risks given the significant vehicle and foot traffic there (the canyon is the lifeline to the mountain community, and Arrowhead Springs is just north of Old Waterman Canyon Road). Waterman

Canyon was notably the source of the Old Fire (2003), which devastated the Arrowhead Springs property, and which ranks within the top 20 most destructive fires in the state's history.

8. Fire obviously does not respect jurisdictional boundaries, and just last year the Nation was threatened by a significant fire, the Line Fire, emanating from the SBNF. Last year's Line Fire was east of Arrowhead Springs by a few miles and came perilously close to the Nation. The threat of the Line Fire required the Nation's employees to work from home due to poor air quality, and the Nation had evacuation orders for the Tribal community in place and ready to be issued in the event firefighters were unable to get the fire under control.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of January 2025, at San Manuel Reservation.

_____
KEITH ALEXANDER

ALEXANDER DECL. IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION                -5-