
SOMACH SIMMONS & DUNN
A Professional Corporation
STUART L. SOMACH, ESQ. (SBN 90959)
MAXIMILIAN C. BRICKER, ESQ. (SBN 350150)
500 Capitol Mall, Suite 1000
Sacramento, CA 95814
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
ssomach@somachlaw.com
mbricker@somachlaw.com

MICHAEL W. DAUGHERTY, ESQ. (Co. Bar 49074)
*Pro Hac Vice* Pending
RAMSEY L. KROPF, ESQ. (Co. Bar 21528)
*Pro Hac Vice* Pending
1155 Canyon Blvd., Suite 110
Boulder, CO 80302
Telephone: (916) 446-7979
Facsimile: (916) 446-8199
mdaugherty@somachlaw.com
rkropf@somachlaw.com

Attorneys for [PROPOSED] Plaintiff-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION,
a federally recognized Indian tribe, also federally
recognized as SAN MANUEL BAND OF MISSION INDIANS

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| BLUETRITON BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE,<br><br>RANDY MOORE, in his official capacity as Chief of the U.S. Forest Service,<br><br>CHRISTOPHER FRENCH, in his official capacity as Deputy Chief for the National Forest System of the U.S. Forest Service, | Case No.: 2:24-cv-09720-JGB-DTB<br><br>**SUPPLEMENTAL DECLARATION OF DANIEL J. LITTLE IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Hearing Date:   January 13, 2025<br>Hearing Time:   9:00 AM<br>Courtroom:   1<br>Judge: Hon. Jesus G. Bernal<br><br>Action Filed: August 6, 2024 |

| | |
|---|---|
| 1 | JENNIFER EBERLEIN, in her official capacity as Regional Forester for the Pacific Southwest Region of the U.S. Forest Service, |
| 2 | |
| 3 | |
| 4 | DANELLE HARRISON, in her official capacity as Forest Supervisor of the San Bernardino National Forest of the U.S. Forest Service, |
| 5 | |
| 6 | MICHAEL NOBLES, in his official capacity as Front Country District Ranger of the U.S. Forest Service, |
| 7 | |
| 8 | Defendants. |
| 9 | YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS, |
| 10 | |
| 11 | |
| 12 | [PROPOSED] Plaintiff-Intervenor. |

SOMACH SIMMONS & DUNN
A Professional Corporation

LITTLE SUPPL. DECL. IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S
MOTION TO INTERVENE AND MOTION FOR PRIMARY INJUNCTION    -2-

I, Daniel J. Little, declare as follows:

1. I am the Chief Intergovernmental Affairs Officer for the Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe, also federally recognized as the San Manuel Band of Mission Indians (the Nation), and on whose behalf I submit this declaration. The facts set forth herein are based on my personal knowledge, and if called as a witness, I could and would testify competently thereto.

2. In my position as Chief Intergovernmental Affairs Officer for the Nation, I receive copies of correspondence addressed to the Nation from other governmental agencies and officials, and I closely monitor such correspondence to protect the Nation's interests. Attached hereto as **Exhibit 23** is a true and correct copy of January 7, 2025, correspondence addressed to me from Dan Munsey, Fire Chief for the San Bernadino County Fire Protection District.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of January 2025, at Las Vegas, Nevada.

_____
DANIEL J. LITTLE

LITTLE SUPPL. DECL. IN SUPPORT OF YUHAAVIATAM OF SAN MANUEL NATION'S MOTION TO INTERVENE AND MOTION FOR PRIMARY INJUNCTION                -3-