# EXHIBIT 23

Exhibit 23, P. 004

## SAN BERNARDINO COUNTY FIRE PROTECTION DISTRICT

598 S Tippecanoe Avenue, 2nd Floor ● San Bernardino, CA 92415-0451 ● (909) 387-5974 ● Fax (909) 387-5542

**Administration Headquarters**
sbcfire.org

**Daniel R. Munsey**
Fire Chief / Fire Warden

**Martin Serna**
Deputy Chief of Operations

**Bertral Washington**
Deputy Chief of Administration

**Cory Nelson**
Deputy Chief of Business Operations

January 7, 2025

Daniel Little
Chief Intergovernmental Affairs Officer
Yuhaaviatam of San Manuel Nation
26569 Community Center Drive
Highland, CA 92346

**RE: Loss of water supply at Arrowhead Springs Property**

Dear Mr. Little,

San Bernardino County Fire Protection District (District) has a mutual aid agreement with the Yuhaaviatam of San Manuel Nation (the "Tribe") with both parties lending aid to each other to respond to wildfires; this is an important agreement to ensure that interoperability and a seamless response to wildfires and other disasters. For responses on or near the Arrowhead Springs Resort, the District relies on water provided by the Tribe at its Arrowhead Springs property for first response to the properties and other nearby structures and for nearby wildland urban interface fire protection.

If the Arrowhead Springs water supply is not maintained, our ability to respond to structural and wildfires at Arrowhead Springs and the surrounding area in a timely manner would be reduced.  We understand that the United States Forest Services has made the decision to cut off the Tribe's water supply to the Arrowhead Springs property and are concerned about impacts it could have should a fire occur on or near the Arrowhead Springs property.

Sincerely,

*[signature]*

Dan Munsey
Fire Chief

Exhibit 23, P. 005

**BOARD OF DIRECTORS**

| Col. Paul Cook (Ret.) | Jesse Armendarez | Dawn Rowe | Curt Hagman | Joe Baca, Jr. | Luther Snoke |
|---|---|---|---|---|---|
| Vice Chairman, First District | Second District | Chair, Third District | Fourth District | Fifth District | Chief Executive Officer |