# EXHIBIT 24

# Congress of the United States
## Washington, DC 20515

December 18, 2024

Secretary Tom Vilsack
Under Secretary Homer Wilkes
U.S. Department of Agriculture
1400 Independence Ave., SW
Washington, DC 20250

RE:   **Planned Forest Service Action to Cut Off Delivery of Water to the Yuhaaviatam of San Manuel Nation on January 15, 2025**

Dear Secretary Tom Vilsack and Undersecretary Homer Wilkes,

The Yuhaaviatam of San Manuel Nation (also federally recognized as the San Manuel Band of Mission Indians) has informed us that the San Bernardino National Forest plans to shut off access and delivery of water to the Tribe's Arrowhead property on January 15, 2025. Given the importance of continued access to water by the Tribe, we write to urge you to prevent such action from taking place until the Tribe is able to connect its lands to a municipal water system.

The Tribe informed us that this matter results from the Forest Service declining to renew Special Use Permit FCD728503, which was held by a private party for decades, and whose water delivery infrastructure is used by the Tribe to deliver water from the Forest Service to the Tribe's Arrowhead property. As a part of the Forest Service's declination to renew the permit in July 2024, the Forest Service also directed the permit holder to begin decommissioning its infrastructure on January 16, 2025, which the Tribe was not consulted on. This action will result in the Tribe losing its primary water source for its 2,000-acre Arrowhead property.

While we have been made aware of ongoing litigation between outside parties, there has been no definitive decision made that would justify the Forest Service shutting down access and delivery of the Tribe's primary water source. The Tribe informed us that they began efforts to connect to the local municipal water system as soon as they learned that the Forest Service failed to renew the longstanding Special Use Permit; however, it will take time to build the necessary infrastructure. The Tribe assures us that they are in regular communication with the Forest Service about its efforts to connect to the local municipal water system.

Given the importance of continued access to water by the Tribe, we urge you to take action to extend the Tribe's access and delivery of water until its property can be connected to a municipal water system. We request that you look at all possible options, which we understand could include extending the Forest Service's current deadline of January 15, 2025, incorporating the Tribe's temporary water needs into the plan to decommission the water delivery infrastructure that has been in place for decades, or providing the Tribe with a Special Use Permit to continue accessing water from the Forest Service until its property is connected to a municipal water system. We understand that as of the date of this letter, the Department is working with the Tribe to obtain a Special Use Permit. We urge you to expedite that process to ensure no disruption in the Tribe's access to water.

Thank you for your timely consideration of this matter, and please keep our offices informed on the progress made to ensure that the Tribe is able to continue to access water beyond January 15, 2025.

Sincerely,

Jay Obernolte
Member of Congress

Pete Aguilar
Member of Congress

Ken Calvert
Member of Congress

Harriet M. Hageman
Member of Congress