# EXHIBIT 25

| | |
|---|---|
| **From:** | Eric Ustation |
| **To:** | McCloud, Spencer - FS, CA |
| **Cc:** | Daniel Little; Michelle Hickey; Keith Alexander |
| **Subject:** | Topics of Discussion - 3/26 meeting at Arrowhead Springs |
| **Date:** | Friday, March 22, 2024 2:41:25 PM |

Hi Spencer, happy Friday!  Below are some topics of discussion we hope to have at our meeting Tuesday. Would appreciate if you could share with your team and let us know if you have any questions. Look forward to seeing you on Tuesday!

- Follow-up from 1/31 meeting
    - Staffing assistance request from Central Office
    - Concurrent work
- Section 106 Consultation strategy
    - Tribe's Proposal to Covenant to Protect Arrowhead
    - Finalization of Cultural Report/Eligibility Report
- Starting Valuation Process
- Agreement to Initiate
- Minerals Report Finalization Without Reservation of Rights for Public
- Collaborative opportunities between USFS and SMFD

**Eric Ustation**
Dir Intergovernmental Affairs - Local
REDACTED



Exhibit 25, P. 010