# EXHIBIT 26



**United States Forest Service - San Manuel Ancestral Land Exchange Discussion**
**March 26, 2024**
**11 AM**
**Arrowhead Springs Resort**
_____

1) **Arrowhead Springs Resort Tour**

2) **Follow up from January 31 meeting**
    a) Staffing assistance request from Central Office
    b) Concurrent Work

3) **Section 106 Consultation strategy**
    a) Tribe's Proposal to Covenant to Protect Arrowhead
    b) Finalization of Cultural Report/Eligibility Report

4) **Starting Valuation Process**

5) **Agreement to Exchange**

6) **Minerals Report Finalization Without Reservation of Rights for Public**

7) **Collaborative opportunities between USFS and SMFD**