Name and address:
John H. Haney (CA SBN #299970)
Partner
Holland & Knight LLP
400 South Hope Street, 8th Floor, Los Angeles, CA 90071 Phone: 213-896-2542 / Fax: 213-896-2450

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUETRITON BRANDS, INC.<br><br>v.<br><br>UNITED STATES FOREST SERVICE, et al.<br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>2:24-cv-09720-JGB-DTB<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Daugherty, Michael W.     of    Somach Simmons & Dunn
*Applicant's Name (Last Name, First Name & Middle Initial)*           1155 Canyon Blvd., Suite 110
303-449-2834     720-535-4921                                          Boulder, CO 80302
*Telephone Number*   *Fax Number*
mdaugherty@somachlaw.com
*E-Mail Address*                                                        *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
YUHAAVIATAM OF SAN MANUEL NATION, a federally recognized Indian tribe, also federally recognized as SAN MANUEL BAND OF MISSION INDIANS
*Name(s) of Party(ies) Represented*    [X] Plaintiff(s)  [ ] Defendant(s)  [X] Other: Intervenor

and designating as Local Counsel
Haney, John H.                                of    Holland & Knight LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    400 South Hope Street
299970     213-896-2542    213-896-2450                              8th Floor
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*          Los Angeles, CA 90071
John.Haney@hklaw.com
*E-Mail Address*                                                        *Firm/Agency Name & Address*

//
//
//
//
//
//
//
//

**HEREBY ORDERS THAT the Application be:**

**x GRANTED.**

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☒ be refunded ☐ not be refunded.

**Dated January 13, 2025**

_____
U.S. District Judge/U.S. Magistrate Judge

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1