# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| BLUETRITON BRANDS | 2:24–cv–09720–JGB–DTB |
| Plaintiff(s), | |
| v. | |
| UNITED STATES FOREST SERVICE, et al. | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| Defendant(s). | |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   1/21/2025

Document No.:   94

Title of Document:   Notice of Withdrawal of Motion

**ERROR(S) WITH DOCUMENT:**

The case number is incorrect

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  January 22, 2025     By:   /s/ *Trina DeBose  (714) 338–4568*
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**