UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 24-09720 JGB (DTBx)** | Date | January 27, 2025 |
|---|---|---|---|
| Title | ***BlueTriton Brands v. United States Forest Service et al.*** | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **Order DENYING Plaintiff-Intervenor's Motion for Preliminary Injunction (Dkt. No. 97)**

Before the Court is a Motion for Intervention filed by Plaintiff-Intervenor Yuhaaviatam of San Manuel Nation ("Nation"). ("Motion," Dkt. No. 97.) The Court held a hearing on January 13, 2025 where it submitted the Motion on the briefs. After considering the papers filed in support of and in opposition to the Motion, the Court **DENIES** the Motion without prejudice.

On January 14, 2025, the Court granted Plaintiff BlueTriton's Motion for a Preliminary Injunction. ("BlueTriton PI Order," Dkt. No. 90; "BlueTriton PI Motion," Dkt. No. 2.) The Court also granted Plaintiff-Intervenor the Nation's Motion to Intervene and ordered its Complaint-in-Intervention and Motion for a Preliminary Injunction filed as of the Intervention Order. ("Intervention Order," Dkt. No. 91.)

The Nation requests the Court "enjoin Defendants from (1) enforcing the Notice of Denial as related to the Nation, thereby terminating the Nation's water supply at Arrowhead Springs, and (2) moving forward with BlueTriton's removal plan." (Motion at 22.) The relief requested by the Nation is encompassed by the relief the Court granted to BlueTriton which enjoins the Notice of Denial in its entirety. The Nation's Motion is now moot.

//
//
//

For the reasons above, the **DENIES** Plaintiff-Intervenor's Motion without prejudice.

**IT IS SO ORDERED.**