**HUNTON ANDREWS KURTH LLP**
Brandon Marvisi (SBN 329798)
bmarvisi@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

George P. Sibley, III (admitted *pro hac vice*)
gsibley@HuntonAK.com
Kevin S. Elliker (admitted *pro hac vice*)
951 East Byrd Street
Richmond, Virginia 2321
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218

Andrew J. Turner (admitted *pro hac vice*)
Todd S. Mikolop (admitted *pro hac vice*)
2200 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:  (202) 955-1658
Facsimile:  (202) 778-2201

Attorneys for Plaintiff
BLUETRITON BRANDS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION – RIVERSIDE**

| | |
|---|---|
| BLUETRITON BRANDS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES FOREST SERVICE, *et al*.,<br><br>Defendants. | Case No.  2:24-cv-09720-JGB-DTB<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Jesus G.  Bernal<br>Action Filed: August 6, 2024 |

Plaintiff BlueTriton Brands, Inc. (BlueTriton), Defendants United States Forest Service, et al. (USFS), and Plaintiff-Intervenor Yuhaaviatam of San Manuel Nation (Nation) submit the following joint status report:

BlueTriton filed this lawsuit to seek judicial review of the USFS's denial of BlueTriton's application for a renewal of a special use permit that grants BlueTriton a right-of-way for a pipeline and associated infrastructure for the transport of water from Arrowhead Springs in Strawberry Canyon in the San Bernardino National Forest.  Simultaneous with this lawsuit, BlueTriton moved for a preliminary injunction seeking to enjoin the USFS's permit denial.  The Court held a hearing on the motion for preliminary injunction on January 13, 2025.  In a Minute Order the same day, the Court granted BlueTriton's motion for preliminary injunction and stayed the case "until there is a final judgment on the merits in [ongoing related proceedings in Fresno Superior Court]."  *See* ECF No. 90 (filed Jan. 13, 2025).  The Court also requested the parties provide a written status report to the Court every sixty days.

A hearing was held March 12, 2025 in Fresno Superior Court in <u>BlueTriton Brands, Inc. v. Cal. Water Resources Control Board et al.</u>, 23CECG04292 (Fresno Super. Ct. Feb. 7, 2024), on BlueTriton's and the State Water Board's cross-motions for judgment on BlueTriton's causes of action one and two, regarding the State Water Board's permitting jurisdiction over BlueTriton's water sources.  The court took the matter under submission and will issue an order within 90 days from the hearing date.  This litigation remains pending.

Dated: March 14, 2025

**HUNTON ANDREWS KURTH LLP**

By: ⎯⎯/s/ Brandon Marvisi⎯⎯
Brandon Marvisi
Attorneys for Plaintiff
BLUETRITON BRANDS, INC.

Dated: March 14, 2025                           **US DEPARTMENT OF JUSTICE**

By:   /s/ Tyler McVeigh Alexander
      Tyler McVeigh Alexander
      Maggie Woodward
      Attorneys for Defendants
      UNITED STATES FOREST
      SERVICE, *et al.*

Dated: March 14, 2025                           **SOMACH SIMMONS & DUNN, PC**

By:   /s/ Michael Daugherty
      Michael Daugherty
      Attorneys for Plaintiff-Intervenor
      YUHAAVIATAM OF SAN
      MANUEL NATION

## **ATTESTATION**

I hereby attest that each of the other signatories concurs in the filing of this document.

Dated: March 14, 2025

By:   /s/ Brandon Marvisi
      Brandon Marvisi

Hunton Andrews Kurth LLP
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627