ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

ANDREW A. SMITH (NM #8341)
Senior Trial Attorney
Natural Resources Section
201 Third Street NW, Suite 900
Albuquerque, New Mexico 87102
(202) 598-3803
andrew.smith@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUETRITON BRANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No. 2:24-cv-09720-JGB-DTB <br><br> **NOTICE OF APPEARANCE** |

Andrew A. Smith, Senior Trial Attorney with the United States Department of Justice, hereby enters his appearance in the above-captioned litigation as co-counsel on behalf of Defendants in this matter. Service of all papers should be addressed to Mr. Smith as follows:

>Andrew A. Smith
>United States Department of Justice
>Environment & Natural Resources Division

1

Notice of Appearance
2:24-cv-09720-JGB-DTB

c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102

Mr. Smith may be reached by email at andrew.smith@usdoj.gov and by telephone at (202) 598-3803. Mr. Smith is registered with the Court's CM/ECF system for electronic filing using the email address set forth above. Adam R.F. Gustafson is the Acting Assistant Attorney General for the Environment and Natural Resources Division, United States Department of Justice. Mr. Gustafson should not be served papers in this matter.

Submitted on April 8, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
Environment and Natural Resources Division
United States Department of Justice

*/s/ Andrew A. Smith*
ANDREW A. SMITH
Senior Trial Attorney
Natural Resources Section
c/o United States Attorney's Office
201 Third Street, N.W., Suite 900
Albuquerque, New Mexico 87102
andrew.smith@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2025, I electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification to the attorneys of record.

*/s/ Andrew A. Smith*
Andrew A. Smith
U.S. Department of Justice