# ATTACHMENT 3

Case 2:24-cv-09720-JGB-DTB   Document 108-3   Filed 09/12/25   Page 2 of 2   Page ID #:1692

Court of Appeal, Fifth Appellate District
Brian Cotta, Clerk/Executive Officer
Electronically FILED on 8/22/2025 by Nicole Acosta, Deputy Clerk

IN THE

COURT OF APPEAL OF THE STATE OF CALIFORNIA

IN AND FOR THE

FIFTH APPELLATE DISTRICT

| | |
|---|---|
| BLUETRITON BRANDS, INC., <br><br> Plaintiff and Appellant, <br><br> v. <br><br> STATE WATER RESOURCES CONTROL BOARD et al., <br><br> Defendant and Appellants. | F090047 <br><br> (Fresno Super. Ct. No. 23CECG04292) <br><br> **ORDER** |

Pursuant to California Rules of Court and based on the parties' agreed proposed briefing schedule, the following briefing schedule is ordered:

1. The appellant's opening brief and appendix by appellants State Water Resources Control Board, Eileen M. Sobeck, and Michael A.M. Lauffer (State Water Board) is due 60 days after the reporter's transcript on appeal has been filed.

2. A combined respondent's brief and appellant's opening brief on cross-appeal by plaintiff and appellant BlueTriton Brands, Inc. (BlueTriton) is due 60 days after the opening brief by the State Water Board.

3. A combined respondent's brief and appellant's reply brief by the State Water Board is due 60 days after respondent's/cross-appellant's brief of BlueTriton is filed.

4. A reply brief, if any, by BlueTriton is due 45 days after the State Water Board's respondent's brief and appellant's reply brief is filed.

The above briefing schedule does not restrict any party's ability to stipulate to an extension of time or apply for an extension of time as allowed by California Rules of Court.

Levy, A.P.J.