**HUNTON ANDREWS KURTH LLP**
Jason J. Kim (SBN 169077)
kimj@HuntonAK.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone:  (213) 532-2000
Facsimile:  (213) 532-2020

George P. Sibley, III (admitted *pro hac vice*)
gsibley@HuntonAK.com
Kevin S. Elliker (admitted *pro hac vice*)
951 East Byrd Street
Richmond, Virginia 2321
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218

Andrew J. Turner (admitted *pro hac vice*)
Todd S. Mikolop (admitted *pro hac vice*)
2200 Pennsylvania Avenue NW
Washington, DC 20037
Telephone:  (202) 955-1658
Facsimile:  (202) 778-2201

Attorneys for Plaintiff
BLUETRITON BRANDS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# EASTERN DIVISION – RIVERSIDE

| | |
|---|---|
| BLUETRITON BRANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No.  2:24-cv-09720-JGB-DTB <br> Judge: Hon. Jesus G. Bernal <br><br> **JOINT STATUS REPORT** <br><br> Action Filed: August 6, 2024 |

2:24-CV-09720-JGB-DTB

JOINT STATUS REPORT

Plaintiff BlueTriton Brands, Inc. (BlueTriton), Defendants United States Forest Service, et al. (USFS), and Plaintiff-Intervenor Yuhaaviatam of San Manuel Nation, a federally recognized Indian tribe, also federally recognized as the San Manuel Band of Mission Indians (Nation), submit the following joint status report:

BlueTriton filed this lawsuit to seek judicial review of the USFS's denial of BlueTriton's application for a renewal of a special use permit that grants BlueTriton a right-of-way for a pipeline and associated infrastructure for the transport of water from Arrowhead Springs in Strawberry Canyon in the San Bernardino National Forest. Simultaneous with this lawsuit, BlueTriton moved for a preliminary injunction seeking to enjoin the USFS's permit denial. Thereafter, the Nation moved to intervene to protect its interests in the continued delivery of water from Strawberry Canyon by BlueTriton, and separately moved to enjoin the cessation of water deliveries to the Nation and the dismantling of BlueTriton's infrastructure. The Court held a hearing on BlueTriton's motion for preliminary injunction on January 13, 2025. In a Minute Order the same day, the Court granted BlueTriton's motion for preliminary injunction and stayed the case "until there is a final judgment on the merits in [ongoing related proceedings in Fresno Superior Court]." *See* ECF No. 90 (filed Jan. 13, 2025). The Court also granted the Nation's Motion to Intervene, and denied its separate injunction motion as moot. The Court requested the parties provide a written status report to the Court every sixty days.

On March 12, 2025, the Fresno County Superior Court conducted a hearing in <u>BlueTriton Brands, Inc. v. Cal. Water Resources Control Board et al.</u>, 23CECG04292 (Fresno Super. Ct. Feb. 7, 2024), on (i) BlueTriton's motion for judgment on its first cause of action, which concerns the State Water Board's permitting jurisdiction over BlueTriton's water sources, and (ii) the State Water Board's motion for judgment on BlueTriton's first and second causes of action, which concerns the substantiality of the evidence supporting the State Water Board's order. On May 5, 2025, the court issued a written decision granting BlueTriton's motion for judgment, finding the State Water

Board's order exceeded its jurisdiction. This decision addressed one of nine claims originally brought by BlueTriton. On or about June 26, 2025, the State Water Board filed a Notice of Appeal of the court's order in the Superior Court of California. Dkt. 108, Att. 1. On July 16, 2025, BlueTriton filed a Protective Cross-Appeal in an abundance of caution. Dkt. 108, Att. 2. The State Water Board's opening brief on appeal is presently due December 15, 2025.

Dated: November 11, 2025

**HUNTON ANDREWS KURTH LLP**

By:   /s/ Jason J. Kim
Jason J. Kim
Attorneys for Plaintiff
BLUETRITON BRANDS, INC.

Dated: November 11, 2025

**US DEPARTMENT OF JUSTICE**

By:   /s/ Andrew A. Smith
Andrew A. Smith
Emma L. Hamilton
Attorneys for Defendants
UNITED STATES FOREST SERVICE, *et al.*

Dated: November 11, 2025

**SOMACH SIMMONS & DUNN, PC**

By:   /s/ Michael Daugherty
Michael Daugherty
Attorneys for Plaintiff-Intervenor
YUHAAVIATAM OF SAN MANUEL NATION

# ATTESTATION

I hereby attest that each of the other signatories concurs in the filing of this document.

Dated: November 11, 2025

By:     /s/ Jason J. Kim
         Jason Kim

**Hunton Andrews Kurth LLP**
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627